1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   JON S. ALLIN, State Bar No. 155069
    Supervising Deputy Attorney General
3   MATTHEW ROSS WILSON, State Bar No. 236309
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7313
6     Fax:  (916) 324-5205
      E-mail:  Matthew.Wilson@doj.ca.gov
7   *Attorneys for Defendants*
    *Hubbard, Hamad, Lynch, and Jubb*

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13  **MATTHEW B. CRAMER,**                       CASE NO.: _____

14                              Plaintiff,       **DEFENDANTS' NOTICE OF REMOVAL
                                                 AND REQUEST FOR SCREENING**
15            **v.**
                                                 (Sacramento County Superior Court
16  **A. HUBBARD, et al.,**                      Case No. 34-2020-00272863)

17                              Defendants.

18

19

20       **TO THE CLERK OF THE COURT:**

21       **PLEASE TAKE NOTICE** that Defendants Hubbard, Hamad, Lynch, and Jubb remove to

22  this Court the state court action described below.

23       1.   On January 6, 2020, Plaintiff filed an action in the Fresno County Superior Court

24  entitled *Matthew B. Cramer v. A. Hubbard, et al.*, No. 34-2020-00272863. Copies of the

25  summons and complaint are attached as Exhibit A.

26  / / /

27  / / /

28

                                        1

1  2. On February 25, 2020, Defendants Hubbard, Hamad, Lynch, and Jubb received copies

2 of the summons and complaint through the litigation office at the California State Prison,

3 Sacramento.

4  3. The complaint alleges violations of Plaintiff's civil rights under the United States

5 Constitution, specifically his rights under the Eighth and Fourteenth Amendments.

6  4. This civil action is one over which the Court has original jurisdiction under 28 U.S.C. §

7 1331, and is one that may be removed to this court under the provisions of 28 U.S.C. § 1441(b)

8 because it arises under 42 U.S.C. § 1983.

9  5. Defendants request that the Court screen the complaint and dismiss any or all of the

10 claims if it finds that they are legally frivolous or malicious, or fail to state a claim upon which

11 relief can be granted, or that seek monetary relief from a defendant who is immune from such

12 relief.  In addition, Defendants respectfully request an extension of thirty-days from the date the

13 Court's screening order issues to file a response to the complaint.

14 Dated:  March 26, 2020      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Matthew Ross Wilson*

MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants*
*Hubbard, Hamad, Lynch, and Jubb*

SA2020101184
14466753.docx

2

Defs.' Notice of Removal and Request for Screening (Case No. _____)

# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
A. Hubbard; D. Hamad;
CCI-Erika Jubb; & Jeff Lynch;
Does 1-10 Conclusive

YOU ARE BEING SUED BY PLAINTIFF: Matthew B. Cramer
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CDC# BA2144
P.O. Box 290066
Represa, CA 95671

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
FILED
Superior Court Of California,
Sacramento
01/06/2020
rgomez5
By _____, Deputy
Case Number:
**34-2020-00272863**

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER<br>*(Número del Caso):* |
| Sacramento Superior Court<br>720 9th Street<br>Sacramento, CA 95814 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Matthew B. Cramer  BA2144  P.O. Box 290066  Represa, CA 95671

| DATE:<br>*(Fecha)* JAN 0 6 2020 | Clerk, by<br>*(Secretario)* R. Gomez | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** ORIGINAL | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br><br>Matthew B. Cramer  #BA2144<br>P.O. Box 290066<br>Represa, CA  95671<br><br>TELEPHONE NO:                          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  in pro per: | FOR COURT USE ONLY<br><br>FILED<br>Superior Court Of California,<br>Sacramento<br>01/06/2020<br>rgomez6<br>By_____ Deputy<br>Case Number:<br>34-2020-00272853 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS:   720 9th Street
MAILING ADDRESS:   Sacramento, CA 95814
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:  Matthew B. Cramer et al.,

DEFENDANT:  A. Hubbard; D. Hamad; Jeff Lynch; &
CCI-Erika Jubb et al.,

[X] DOES 1 TO 10

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [ ] OTHER *(specify):*
[ ] Property Damage    [ ] Wrongful Death
[XX] Personal Injury    [XX] Other Damages *(specify):*

Jurisdiction *(check all that apply):*                                       CASE NUMBER:
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[XX] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff *(name or names):*  Matthew B. Cramer
   alleges causes of action against defendant *(name or names):*   A. Hubbard; D. Hamad; Jeff Lynch; &
                                                                    CCI-Erika Jubb et al.,
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult                    16
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Cramer V. Hubbard | |

4. ☐ Plaintiff *(name):*  Matthew B. Cramer
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant *(name):*  A. Hubbard
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation  Csp-Sac
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*
          State Prison
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*  Jeff Lynch
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation  Csp-Sac
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*
          State Prison
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*  D. Hamad
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*  Erika Jubb
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):*  1-10  were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):*  1-10  are persons whose capacities are unknown to
      plaintiff.

7. ☑ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

   A. Hubbard, D. Hamad; Jeff Lynch; & Erika Jubb

8. This court is the proper court because
   a. ☐ x  at least one defendant now resides in its jurisdictional area.
   b. ☐ x  the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ x  injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ x  other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or.
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Cramer V. Hubbard et al., | |

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):

a. [ ] Motor Vehicle
b. [X] General Negligence
c. [X] Intentional Tort
d. [ ] Products Liability
e. [ ] Premises Liability
f. [X] Other (*specify*):

A. Hubbard has caused an abuse of authority in General Negligence; with intentional and/or malicious intent causing emotional duress and/or personal injury in a blatant disregard of job duties (as did ALL named defendants) causing recovery sought for damages (easy to prove)

Warden Jeff Lynch, Erika Jubb; And Pricipal D. Hamad ALL are aware of this on-going abuse and have done nothing to resolve issue in countless FILED attempts to correct issues dating back to 6-21-19

11. Plaintiff has suffered

a. [ ] wage loss
b. [✓] loss of use of property
c. [ ] hospital and medical expenses
d. [✓] general damage
e. [ ] property damage
f. [ ] loss of earning capacity
g. [✓] other damage (*specify*):

Memo by Facility Captain Konrad to Scruggs (Sgt.) plus countless complaints to D. Hamad to no Avail..... (A Federal & DIA complaint filed and investigation underway......) to date this is on-going Plaintiff has thus far suffered one loss of $52.000 and possible sanctions due to A. Hubbard's obstruction to respond accordingly....

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. [ ] listed in Attachment 12.
b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

Plaintiff will clearly show this Court damages and loss mirrored to retaliation for complaints and 8th & 14th Amendments or pers. injury claim

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) [X] compensatory damages
   (2) [X] punitive damages
   The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*):
   (1) [X] according to proof
   (2) [X] in the amount of: $ 100.000

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):

See above included   (subject to Amend)

Date: 12/31/19

Matthew B. Cramer
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

_2ND_
(number)        **CAUSE OF ACTION—General Negligence**    Page _____

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*    Matthew B. Cramer

alleges that defendant *(name):*    D. Hamad; Warden Jeff Lynch & Erika Jubb
ALL in their official Capacity with deliberate indifference
at all times is aware of this complaint and failed to
☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff

on *(dates):*    6-21-19 to date    (see attached)
at *(place)* of facility

*(description of reasons for liability):*

    D. Hamad, CCI-Erika Jubb; and Warden Jeff Lynch  in their off-
official capacity with failed repeated attempts by plaintiff to
address and/or simple calls and/or responses in their official
capacity to resolve, correct or even inquire as to the problem in
the abuse by HUBBARD in basic mandated court filings or access to
the Courts....

At anytime "THEY" could had resolved this instead of personal benefit
by HUBBARD'S action due to other on-going pending suits vs. ALL
above named defendants

D. Hamad is Hubbard's supervisor and failed to do anything and
suffers superior liability for her subordinate; as does Warden Lynch
who is controlling authority; CCI-Jubb was asked several times of
Hubbards actions and as a Counselor fails to even address do to her
biased issues in previous CLASS filings....

Subject to amed/according to proof....

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]        **CAUSE OF ACTION—General Negligence**        Code of Civil Procedure 425.12
www.courtinfo.ca.gov

EXHIBIT ___

Attachment H

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITIES STATEMENT
CDCR 1858 (Rev. 10/06)

## RIGHTS AND RESPONSIBILITIES STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINT'S PRINTED NAME | COMPLAINT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Matthew Cramer | | | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Matthew Cramer | | BA2144 | |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL —
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDC form 602
Employee – Institution Head/Parole Administrator
COPY - Complainant

Matthew B. Cramer
CDC# BA2144
P.O. Box 290066
Represa, CA 95671

CDCR - Office of Internal Affairs
Attn: Juli Duszynskia
1515 S. Street
Sacramento, CA 95814

12-31-19

RE: Cramer Vs. Jeff Lynch; CCI Erika Jubbs; CDCR Ralph Diaz;
    Juli Duszynski; C/O M. Dobbs; N. Patmore et al.,
    U. S. Eastern District Court Case No: 2:cv-19-02481 AC

Dear Ms. Duszynski:

Please take notice that yet another case as we know it has been
filed vs. CDCR employees. All I have asked from your office is to
simply address these serious issues. To no avail.

I sugggest that you contact certain agents of Internal Affairs
Frank Nadeau; Richard Cortes and certain media outlets that include
my H-71666; G18347; & T-99264 C-file. I will get the media involvol-
and I will get this exposed from staged fights; to mail tampering
to obstruction in Federal complaints...... That "Matt Cramer"

So, I ask of you to please send a OIA agent in these matters for
each day causes of actions and serious violations are being done
with no supervision in and careless disregards of abuse.... Far
beyond what we went threw with in the Pelican Bay trials Vs. CDCR
staff.

You have the power to correct all this.

With greatest respect,

Matthew Cramer


CC; USED Court
    Office of Atty. General
    Sac Bee/AF

*[handwritten top margin]* DECLARO PRINCIPLE DIAZ DOCUMENT

*[handwritten top right]* LEGAL ↑REVIEW EACH DOCUMENT IN PACILA

**Scruggs, Burke@CDCR**

| | |
|---|---|
| **From:** | Konrad, Aaron@CDCR |
| **Sent:** | Friday, June 21, 2019 8:59 AM |
| **To:** | Scruggs, Burke@CDCR |
| **Cc:** | Kukrall, Brian@CDCR |
| **Subject:** | CRAMER BA2144 |

Burke,
Could you look into CRAMER's issues with the A Facility Law Librarian's denial to produce his legal copies.
Thank you

Konrad

-----Original Message-----
From: Konrad, Aaron@CDCR
Sent: Thursday, June 20, 2019 4:45 PM
To: Konrad, Aaron@CDCR
Subject:

Cramer ba2144
Law Library copies

Sent from my iPhone

*[handwritten annotations throughout page]*

"LAW LIB" HUSBAND

LAW LIBRARY REFUSED DENIED 2 WEEKS - GAS

ORIGINAL - SIGNED IN BLUE INK/ HAVE TO SIGN WAIT TO MAIL BEFORE MAIL

IS LAW LIBR

LAW LIB = ② REQ SIGNATURE DOESN'T SIGN WITH MAIL

① NO PROOF OF SVC TO COURTS COPIES ARE GOING TO DEFENDANTS + MANILA ENVELOPES ③

FILE APPEAL LATE - BECAUSE NO COPIES

MORE SO COPIES

CSP-Sacramento    *LAW LIBRARY PHOTO COPY REQUEST*    Revised 11/1/17

☐ I am not represented by an Attorney.    Signature: _____

Name: __CRAMER__    CDC #: __BA2144__    Housing: M2I-8L    Date: 6-10-14

Court Name: __?__    Document to be copied: ?

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Document Pages: | 5 | X | # Copies: | 6 | = 30 | @ $ .10 = |
| Total Exhibits Pages: | | X | # Copies: | | = | @ $ .10 = |

☐ Sensitive documents. I do not give permission for Inmate Clerks to photocopy.    Total Cost: _____

The Law Library photocopy service is for legal documents that are "New Filing" (**DOM** 14010.21.2.4).
Documents must be complete and ready to submit to the Court named on the document.
The Library provides forms for Proof of Service and Exhibit Cover Pages to inmates upon request.
All documents are reviewed for completeness before they are copied and must include the following:

_____ Court name and address are correct.
_____ Original signature and current date in ink.
_____ Document to be copied signed by photocopy request applicant.
_____ Original document, ready to be filed in court.
_____ Consecutive page numbers (to verify completeness of document).
_____ Proof of Service names same court as document & names opposing counsel.
_____ Correct calculation of number of copies requested.
     _____ Court ( _____ documents + _____ exhibits + from chart posted in the Library)
     _____ Opposing Counsel (named on Proof of Service)
     _____ Inmate
     _____ Total
_____ Exhibits attached to and referred to in document (not from same court)
_____ Reasonable explanation clearly stated if in excess of 50 page copy limit (**DOM** 101120.15):
NEED 5 BUSINESS Envelopes

_____

Approved / (Rejected)    _____ 6/19/19
                                                      Librarian/LTA

Reason for rejection: 1. As presented/submitted this "new" document is only
being sent to 6 Defendants and not the Court.
2. Mentions "Ex. A" but none included. = Not complete

## TRUST ACCOUNT WITHDRAWAL ORDER - LAW LIBRARY COPIES

Approved by: _____    Date: 6/14/19

To the Warden, CSP-Sacramento "I hereby acknowledge that my Trust Account will be charged as noted below
for legal copies made in an inmate Law Library at CSP-Sacramento in accordance with institutional Library
procedures."    Total Copies: 30 @ $ .10 = $ 3.00

_____
SIGNATURE

CDC #: BA2144    Housing M2I-8L    Name: Matthew CRAMER

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    6/11/2019                                         CONFIDENTIAL

To:      Warden's Office
         Folsom State Prison

Subject: **CORRESPONDENCE REFERRAL - OIA-0979-2019**

The Office of Internal Affairs (OIA) - Northern Region has received the complaint(s)
authored by inmate(s) / parolee(s) listed below who are under your jurisdiction or

Cramer BA2144 ;

Based upon a review of the correspondence, it has been determined that the issue(s)
can be addressed at the institutional level. The complaint(s) and attachment(s) are
being returned for your review and processing. Subsequent to your staff's review,
should you uncover staff misconduct requiring OIA involvement, please forward a
Confidential Request for Internal Affairs Investigation / Notification of Direct
Adverse Action (CDCR Form 989) to the OIA - Central Intake Unit (CIU) for
consideration. If you have any questions or need further assistance, please do not
hesitate to contact me.

Juli Duszynski, AGPA
Office of Internal Affairs
Northern Region
P.O. Box 3009
Sacramento, CA 95812
(916)255-1301

Attachment(s)

Pelican Bay State Prison

JUL 12 2019

Appeals Office

CSP-Sacramento        *LAW LIBRARY PHOTO COPY REQUEST*        Revised 11/1/17

☑ I am not represented by an Attorney.   Signature: _Ullo Cr_

Name: CRAMER    CDC #: BA2144    Housing: M2I-8⁴    Date: 6/11/19

Court Name: TULARE    Document to be copied:

Total Document Pages: 27    X   # Copies: 5    =    @ $ .10 =

Total Exhibits Pages: _____    X   # Copies: _____    =    @ $ .10 =

☐ Sensitive documents. I do not give permission for Inmate Clerks to photocopy.    Total Cost: 1.00

The Law Library photocopy service is for legal documents that are "New Filing" (**DOM 14010.21.2.4**).
Documents must be complete and ready to submit to the Court named on the document.
The Library provides forms for Proof of Service and Exhibit Cover Pages to inmates upon request.
All documents are reviewed for completeness before they are copied and must include the following:

_____    Court name and address are correct.
_____    Original signature and current date in ink.
_____    Document to be copied signed by photocopy request applicant.
_____    Original document, ready to be filed in court.
_____    Consecutive page numbers (to verify completeness of document).
_____    Proof of Service names same court as document & names opposing counsel.
_____    Correct calculation of number of copies requested:
              _____    Court (_____ documents + _____ exhibits + from chart posted in the Library)
              _____    Opposing Counsel (named on Proof of Service)
FORMS   _____    Inmate   NEED — CIVIL SUIT PKT / FEE WAIVER
              _____    Total   NEED FEDERAL HABEAS CORPUS / W/ FEDERAL FEE
_____    Exhibits attached to and referred to in document (not from same court)
_____    Reasonable explanation clearly stated if in excess of 50 page copy limit (**DOM 101120.15**):
_NEED #'d Line Paper W/ Lines        $ 1.00_
_Thank you._

*(handwritten diagonal overlay: "UNFILED" / "WRITS MOTIONS" / "To Court" / "DEMURRER" / "Enclosed x Fw 001 PE x Easier Fw Supps Court Forms")*

Approved / Rejected                                          _____
                                                                        Librarian/LTA

Reason for rejection:                                       _____

---

## TRUST ACCOUNT WITHDRAWAL ORDER - LAW LIBRARY COPIES

Approved by: _____        Date: _____

To the Warden, CSP-Sacramento "I hereby acknowledge that my Trust Account will be charged as noted below for legal copies made in an inmate Law Library at CSP-Sacramento in accordance with institutional Library procedures."    Total Copies: _____ @ $ .10 = $ 1.00

CDC #: BA2144    Housing: M2I-8⁴    Name: CRAMER, MAD

                                                                        SIGNATURE

**California Department of Corrections and Rehabilitation**
**CALIFORNIA STATE PRISON-SACRAMENTO**
**LITIGATION COORDINATOR**
**T. Kraemer, CCII (Specialist)**



**To:** Inmate Cramer (BA2144)

---

The Litigation Office received the attached documents October 8, 2019, including 1 Trust Account Withdrawal Order form, and 98 other pages. As our office does not oversee the Library or Mail Room, I am returning these documents to you inside a sealed envelope.

CSP-SAC's DOM Supplement 101120.1, Library and Law Library, speaks to the process of requesting copies and envelopes.

You may also purchase envelopes from the Canteen, or, CSP-SAC DOM Supplement 54010.5, Inmate Mail, speaks to the process for indigent inmates requesting envelopes.

You may utilize the Inmate Appeals process to provide a remedy to any grievance you may have.

You may submit a Form 22 or letter outlining your questions for the Litigation Office.

CSP-Sacramento          *LAW LIBRARY PHOTO COPY REQUEST*          Revised 11/1/17

☑ I am not represented by an Attorney.  Signature: _Cllfs C_____

Name: _CRAMER___  CDC #: _BA2144_  Housing: _M2N-11L_ Date: _12 70_

Court Name: _U.S. FED. DIST._  Document to be copied: _Motion_

| Total Document Pages: | 69 | X | # Copies: | 6 | = | | @ $.10 = | |
|---|---|---|---|---|---|---|---|---|
| Total Exhibits Pages: | 74 | X | # Copies: | | = | | @ $.10 = | |

☑ Sensitive documents. I do not give permission for Inmate Clerks to photocopy.  Total Cost: _____

The Law Library photocopy service is for legal documents that are "New Filing" (DOM 14010.21.2.4).
Documents must be complete and ready to submit to the Court named on the document.
The Library provides forms for Proof of Service and Exhibit Cover Pages to inmates upon request.
All documents are reviewed for completeness before they are copied and must include the following:
_____ Court name and address are correct.
_____ Original signature and current date in ink.
_____ Document to be copied signed by photocopy request applicant.
_____ Original document, ready to be filed in court.
_____ Consecutive page numbers (to verify completeness of document).
_____ Proof of Service names same court as document & names opposing counsel
_____ Correct calculation of number of copies requested.
_____ Court (_____ documents + _____ exhibits + from chart posted in the Library)
_____ Opposing Counsel (named on Proof of Service)
_____ Inmate        ✱ NOTE EX. A / Proofs of Service
_____ Total
_____ Exhibits attached to and referred to in document (not from same court)
☒ Reasonable explanation clearly stated if in excess of 50 page copy limit (DOM 101120.15):
_need p.o.s. Forms =_

*(handwritten notes):* THIS IS EXTENSIVE COMPLEX MOTION W/EXHIBIT IN ITS ENTIRETY. — (CONTACT LITIGATURE DO NOT OBSTRUCT FILING COPIES CC: OIA

Approved (Rejected)                    _Slc C_ 12/26/19
                                              Librarian/LTA
Reason for rejection: (1) (74 pages) No explanation stated why need to exceed 50 page limit (2) II ongoing case, Service to Stk worker go to their representative.

*TRUST ACCOUNT WITHDRAWAL ORDER – LAW LIBRARY COPIES*

Approved by: _____          Date: _____

To the Warden, CSP-Sacramento "I hereby acknowledge that my Trust Account will be charged as noted below for legal copies made in an inmate Law Library at CSP-Sacramento in accordance with institutional Library procedures."  Total Copies: _69_ @ $.10 = $ _____

                                              _Cllfs C_
                                              SIGNATURE

CDC #: _BA2144_  Housing _M2N-11L_  Name: _MATTHEW CRAMER_

# ATTACHMENT___

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)                                                                                                                Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|

SAC M-20-00093

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Cramer, Matthew | BA2144 | M2N-111 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

STAFF MISCONDUCT/ACCESS TO LAW LIBRARY/COPIES/OBSTRUCTION

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A):
A. Hubbard is denying basic Law Library needs with copies, giving legal advise, delays in Court Mandated responses, denying responsive motions, causing sanctions... It a blatant obstruction for Court Access Vs. ALL parties.

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A):
To STOP with her games, Make the necessary Copies, Letters to the Parties (Copies to each party), STOP telling me legal advice "I don't Know" about Motions, Denial of Motions, COPIES, Indigent Envelopes as needed (Court Mail-outs)

Supporting Documents: Refer to CCR 3084.3
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC-128-G, Classification Chrono):
1: Prior Staff Complaint(s)          4: Legal Mail Log (Ref.)
2: Denials/Legal advise              5: Filed Civil Suit
3: E-Mail Via Capt. Montague no. 1 of 17 Letters from
                                     CATTY who Copies & Returns
☐ No, I have not attached any supporting documents. Reason        (refer to Mail Log)

| Inmate/Parolee Signature: Matthew B Cramer | Date Submitted: 1/3/20 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level** - Staff Use Only                                Staff - Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E
☐ Rejected (See attached letter for instruction) Date:          Date:          Date:          Date:
☒ Cancelled (See attached letter) Date: 1/6/2020
☐ Accepted at the First Level of Review.

| Assigned to: | Title: | Date Assigned: | Date Due: |
|---|---|---|---|

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

| Date of Interview: | Interview Location: |
|---|---|

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other
See attached letter. If dissatisfied with First Level response, complete Section D.

| Interviewer: | Title: | Signature: | Date completed: |
|---|---|---|---|
| (Print Name) | | | |

| Reviewer: | Title: | Signature: | |
|---|---|---|---|
| (Print Name) | | | |

Date received by AC:

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)
Side 1

| LAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|

Sac m 20-00093
FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| CRAMER, MATTHEW B. | ABA2144 | M2N-111L | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** It is evident with enclosure that I have several court decisions where I have multiple parties. A. Hubbard (& D. Hamad) with not only failure to address these issues have denied access to any and all ... sends to court head ... copy letters to Parties, Discovery Copies (State Agencies, Parties, Bus. Regulators etc...) Responsive pleading in denying copies (Some Motions FILINGS 50 page Not allowed per court) ... have caused sanctions to ... me on my ... Response. She has caused 1. loss for timely response and failure to copy and critic/give legal advise. 2. loss of $52,000. I have tried, and tried and Tried to achieve some resolution in this matter every which way ... by a chance here NOW I have been forced to file suit for recovery. (encl.) I should NOT have to mail my stuff for outside Atty's. to copy, and Return any/all necessary copies, Envelopes (As needed) due to a serious obstruction and pattern of ... of ... as her game, relaying erroneous legal advise (Enclosed) and denial of copies w/her 50 page failure ... copies w/CDC-193 always attached, Not only delays when I submit ... or copies (1 copy) sometimes missing out of ... ... ... so ... of NOT ... this period ... not too mention the CDC ONLY 50 page rule applies), what it's for (Motions/exhibits) or plain filings WITH ALL PARTIES.

Inmate/Parolee Signature: _Matthew Cramer_   Date Submitted: 1/3/20

**B. Continuation of CDCR 602, Section B only (Action requested):** Aside from the damage is done in loss (Enclosed) A. Hubbard as with others in my suit vs. and/or complaints that involve CDC staff including literal tens of tens of complaints where D. Hamad and Hubb as warden Lynch's failure to handle accordingly, whereas, denial of HUBBARD's (including other staff) purposeful act for filings, letter copies/responses and exhibited 602 vs denying any/all copies for Exhibited and parties. Ms. Hubbard knows 1 of what she's doing with full exception to add causes of actions named defendants and/or damages. In simple terms ... a Notice-letter-602 Proof ... in my ... property over 50 pages or not, RESPONSIVE SET hearing is sent to a court then it sent to EACH Party and must be copied and mailed out. ... And telling me to buy an envelope or asking if I have money and then telling me she "unless she makes the copies" then she may only provide the envelopes ... That's why a CDC-193 is attached. ... I really thought the principal would fix ...

Inmate/Parolee Signature: _[signature]_   Date Submitted: 1/3/20

CSP-SAC APPEALS
JAN 30 2010:03

STAFF USE ONLY

Attachment H

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITIES STATEMENT
CDCR 1858 (Rev. 10/06)


# RIGHTS AND RESPONSIBILITIES STATEMENT


*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINT'S PRINTED NAME | COMPLAINT'S SIGNATURE | DATE SIGNED |
| --- | --- | --- |
| Matthew Cramer | | 1-4-20 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Matthew Cramer | | BA2144 | 1-4-20 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

DISTRIBUTION:
ORIGINAL –
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDC form 602
Employee – Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

June 6, 2019

CRAMER, MATTHEW, BA2144
California State Prison, Sacramento
P.O. Box 29
Represa, CA 95671              MAILED

                              JUN 17 2019

RE: TLR# 1905162      STAFF COMPLAINTS

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(15).  You have submitted the appeal for processing at an inappropriate level bypassing required lower level(s) of review.

T. RAMOS, Chief (A)
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****



# LAW OFFICES OF THE PUBLIC DEFENDER
## County of Tulare

**Lisa Bertolino**
*Public Defender*

**Thomas McGuire**
*Assistant Public Defender*

---

**Porterville Office**
633 N. Westwood
Porterville, CA 93257
(559) 782-6960
Fax: (559) 782-3936

**Visalia Office**
Courthouse Room G-35
221 S. Mooney Blvd.
Visalia, CA 93291
(559) 636-4500
Fax: (559) 733-6113

**Juvenile Office**
Juvenile Justice Center
11200 Ave. 368, Room 103
Visalia, CA 93291
(559) 735-1435
Fax: (559) 713-3229

September 3, 2019

MR MATTHEW CRAMER
BA2144
CSP SAC
BOX 290066 (M2I-8ᴸ)
REPRESA, CA 95671

Re:   Documents

Dear Mr. Cramer,

Please find enclosed legal materials and documents related to your most recent communications with our office, which I am returning to you. Please keep me posted should any action actually be undertaken by the various authorities you are contacting regarding your many legal complaints. So far, it does not appear that any of them have filed anything or that any adverse actions have resulted to any of the offending parties, least of all the police.

Sincerely,

Joseph Katz

Enclosures

MAIL CARD (CDCR FORM 119)
CSP-SACRAMENTO

NAME:                                                                                    *Printed  22-Nov-2019*
CDCR #:    BA2144

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 05/15/2018 | | LEGAL COUNSEL OF GANNETT CO 7950 JONES BRANCH DR MCLEAN VA | |
| 04/29/2019 | RETURN TO SENDER NO ADDRESS | | |
| 05/01/2019 | PUBLIC DEF. 221 S. MOONEY VISALIA CA | | |
| 05/02/2019 | HERR PEDERSEN BERGLUND 100 WILLOW PL. STE#300 VISALIA CA | | |
| 05/02/2019 | FERGUSON PRAET SHERMAN 1631 E. 18TH ST. SANTA ANA CA | | |
| 05/02/2019 | MIKE BOURDREAUX 221 S. MOONEY RD. RM#102 VISALIA CA | | |
| 05/02/2019 | SUP. COURT OF TULARE 221 S. MOONEY BLVD. #201 VISALIA | | |
| 05/02/2019 | SUP COURT OF TULARE 221 S.. MOONEY RM#201 VISALIA | | |
| 05/02/2019 | | PUBLIC DEFENDER J. KATZ 221 S MOONEY #G35 VISALIA, CA  (PH) | |
| 05/03/2019 | ATTY MICHELLE WALLIS 505 NORTH WEST STREET VISALIA, CA  (PH)BA | | |
| 05/03/2019 | | US DIST. COURT 450 GOLDEN GATE AVE SAN FRAN CA | |
| 05/06/2019 | | SUPERIOR COURT 221 S MOONEY #201 VISALIA, CA  (PH) | |
| 05/06/2019 | | COURT CALL 6383 ARIZONA CIRCLE LOS ANGELES, CA  (PH) | |
| 05/06/2019 | | LAW OFFICE OF JANMES FALLMAN 250 LEAVITT MALL CRESCENT CITY, CA  (PH) | |
| 05/06/2019 | | US DISTRICT COURT MR. WANGER 501 I STREET SACTO, CA  (PH) | |
| 05/06/2019 | | KERN COUNTY DISTRICT ATTY. 1415 TRUNTON AVE BAKERSFIELD, CA  (PH) | |
| 05/07/2019 | LAW OFFICES FERGUSON PRAET & SHERMAN 1631 EAST 18TH ST SANTA ANA CA (KC) | | |
| 05/07/2019 | | LAW OFFICE OF MICHELLE WALLIS 505 N WEST VISALIA, CA  (PH) | |
| 05/07/2019 | | PUBLIC DEFENDER 221 S MOONEY #G35 VISILIA, CA  (PH) | |
| 05/08/2019 | | KERN COUNTY CHIEF PUBLIC DEF. 1415 TRUXTUN AVE. BAKERSFIELD CA | |
| 05/08/2019 | | OFFICES OF INTERNAL AFFAIRS POB 3009 SAC CA | |
| 05/08/2019 | | PRISON LAW OFFICE STEVE FAMA SAN QUENTIN CA | |
| 05/08/2019 | | DEPT OF JUST. 1300 I ST. SAC CA | |
| 05/10/2019 | | R&R TOWING MARY ROBLES 1912 E. MINERAL KING VISALIA CA 93292 | |
| 05/10/2019 | | RON STATLER 100 WILLOW PL. #300 VISALIA CA 93291 | |
| 05/10/2019 | | TULARE JOE KATZ 221 S. MOONEY #G35 VISALIA | |
| 05/13/2019 | PUBLIC DEFENDER OF TULARE COUNTY 221 S MOONEY BLVD RM G-35 VISALIA CA (KC) | | |
| 05/13/2019 | GANNETT CO 7950 JONES DR. MCLEAN VA (GSO#7241) | | |
| 05/13/2019 | | BRUCE PRAET 1631 E. 18TH ST. SANTA ANA | |
| 05/13/2019 | OFFICE OF THE CLERK USDC 450 GOLDEN GATE AVE SF CA (KC) | | |
| 05/14/2019 | | JOE KATZ 221 S, MOONEY #G35 VISALIA CA | |
| 05/14/2019 | | SCOTT KERNAN POB 942883 SAC CA | |
| 05/15/2019 | | USDC ATTN: MS. SUSAN SOONG 450 GOLDEN GATE SF CA | |
| 05/17/2019 | TULARE COUNTY SUPERIOR COURT 221 S MOONEY BLVD RM 209 VISALIA CA (KC) | | |
| 05/17/2019 | MEDICAL BOARD OF CA 2005 EVERGREEN ST STE 1200 SAC CA (KC) | | |
| 05/17/2019 | HERR PEDERSON BERGLUND 100 WILLOW PL. #300 VISALIA CA | | |

NAME:    CRAMER                                                                              *Printed  22-Nov-2019*
CDCR #:    BA2144

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|------|---------------|---------|----------|
| 05/17/2019 | ST OF CA 1800 30TH ST RM 100 BAKERSFIELD CA (KC) | | |
| 05/20/2019 | CYNTHIA J ZIMMER DIST ATTY 1215 TRUXTUN AVE BAKERSFIELD CA (KC) | | |
| 05/20/2019 | HERR PEDERSEN BERGLUND ATTYS AT LAW LLP 100 WILLOW PLAZA STE 300 VISALIA CA | | |
| 05/20/2019 | WALLIS, MICHELLE 505 N. WEST ST. VISALIA CA | | |
| 05/20/2019 | CA INNOC. PROJ. 225 CEDAR ST. SAN DIEGO CA | | |
| 05/20/2019 | | ST OF CA COMP INS FUND ATTN: GARY CLOPPAS POB 65005 FRESNO CA | |
| 05/22/2019 | OFFICE OF THE CLERK USDC 450 GOLDEN GATE AVE SF CA (KC) | | |
| 05/22/2019 | | CA DEPT OF CORRECTIONS 5100 YOUNG ST BLDG B 160A BAKERSFIELD CA | |
| 05/22/2019 | | TULARE COUNTY PUB DEFENDER ATTN: JOE KATZ ESQ 221 S MOONEY #G35 VISALIA CA | |
| 05/23/2019 | | TULURE CO SUP COURT ATTN: SHERIFF CIVIL #102 221 S MOONEY VISALIA CA | |
| 05/24/2019 | | OFFICES OF INTERNAL AFFAIRS ATTN: MATT BOYD 2730 BROADWAY MS T197 SA CA | |
| 05/24/2019 | | US DOJ FWD T OMELINDA HAAG 1300 I ST SAC CA | |
| 05/28/2019 | | TULARE PUBLIC DEFENDER OFF ATTN: JOE KATZ 221 S MOONEY #G35 VISALIA CA | |
| 05/28/2019 | HERR PEDERSEN BERGLUND 100 WILLOW #300 VISALIA CA | | |
| 05/28/2019 | | STATE OF CA WORKERS COMPENSATION/BOARD 1800 30TH ST #100 BAKERSFIELD CA | |
| 05/28/2019 | SUPERIOR COURT 221 S MOONEY BLVD RM 303  VISALIA, CA  (PH) | | |
| 05/29/2019 | ALLEN LAW FIRM 805 WEST MAIN ST VISALIA CA (KC) | | |
| 05/29/2019 | USC OFFICE OF THE CLERK USDC EASTERN DIST OF CA FRESNO CA (KC) | | |
| 05/29/2019 | | TULARE CO SUP CT ATTN: SHERIFF'S CIVIL DIV 221 S MOONEY #102 VISALIA CA | |
| 05/29/2019 | STATE OF CA DEPT OF INDUSTRIAL RELATIONS 7718 MEANY AVE BAKERSFIELD CA (KC) | | |
| 05/29/2019 | | TULARE CO SUP COURT ATTN: DER CLERK 221 S MOONEY #201 VISALIA CA | |
| 05/30/2019 | | OFFICE OF LEONARD HERR ESQ 100 WILLOW PLAZA #300 VISALIA CA | |
| 05/30/2019 | | OFFICED OF AME DELFIN ASSOC 3744 W MEADOW VISALIA CA | |
| 06/03/2019 | | LAW OFFICE OF JOHN DUREE 1001 G STREET #100 SACTO, CA  (PH) | |
| 06/03/2019 | ATTY HERR PEDERSEN & BERGLUND 100 WILLOW PLAZA SUITE 300 VISALIA, CA  (PH) | | |
| 06/03/2019 | TULARE COUNTY SUPERIOR COURT 221 S MOONEY BLVD RM 303 VISALIA, CA  (PH) | | |
| 06/03/2019 | TULARE COUNTY SHERIFF-CORONER 221 S MOONEY BLVD RM 102 VISALIA, CA  (PH) | | |
| 06/03/2019 | | INSPECTOR GENERAL 10111 OLD PLACERVILLE ROAD #110 SACTO, CA  (PH) | |
| 06/05/2019 | | TULARE CO PUBLIC DEF 221 S MOONEY #G35 VISALIA CA | |
| 06/07/2019 | MIKE BOURDREAUX 221 S. MOONEY BLVD #102 VISALIA | | |
| 06/07/2019 | | LAW OFFICE OF HERR BERGLUND & PEDERSON 100 WILLOW PLAZA #300 VISLIA, CA(PH) | |
| 06/07/2019 | SUPERIOR COURT 221 S. MOONEY #201 VISALIA CA | | |
| 06/07/2019 | | SUPERIOR COURT 221 S MOONEY #102 VISALIA, CA  (PH) | |
| 06/07/2019 | | SUPERIOR COURT 221 S MOONEY #201 VISALIA, CA  (PH) | |
| 06/07/2019 | | SUPERIOR COURT 221 S MOONE #102 VISALIA, CA  (PH) | |
| 06/07/2019 | | TULARE COUNTY 221 S.MOONEY RM#201 VISALIA CA (PH) | |
| 06/10/2019 | | TULARE CO SHERIFF'S ATTN: FINANCIAL CRIMES 2404 W BURREL AVE VISLIA CA | |
| 06/10/2019 | | OFFICE OF JOHN CLINDT # W 711 W SCHOOL VISALIA CA | |
| 06/10/2019 | | TULARE CO PUBLIC DEF ATTN: JOE KATZ ESQ 221 S MOONEY # G35 VIALIA CA | |

NAME:    CRAMER                                                              *Printed* 22-Nov-2019
CDCR #:   BA2144

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 06/10/2019 | CLERK US COURT OF APPEALS POB 193939 SF CA (KC) | | |
| 06/10/2019 | TULARE COUNTY SUPERIOR COURT 221 S MOONEY BLVD RM 303 VISALIA, CA (PH) | | |
| 06/10/2019 | CLERK US COURT OF APPEALS FOR THE NINTH CIRCUIT POB 193939 SF CA (KC) | | |
| 06/11/2019 | | TULARE CO PUBLIC DEF. ATTN : JOE KATZ ESQ 221 S MOONEY @G35 VISALIA CA | |
| 06/11/2019 | | ST OF CA DEPT OF INDUSTRIAL RELATIONS 160 PROMENADE CIR #300 SAC CA | |
| 06/11/2019 | | ORRICK HERRINGTON LLP ATTN: MELINDA L HAAG ESQ 405 HOWARD ST SF CA | |
| 06/12/2019 | | STATE FARM INS CHIEF INVESTIGATIONS P.O. BOX 52298 PHEONIX, AZ (PH) | |
| 06/14/2019 | CA APP. 2150 RIVER PL. DR. #300 LAUREL THORPE CA | | |
| 06/14/2019 | CENTRAL CA APPEALLATE PROGRAM 2150 RIVER PLAZA DR STE 300 SAC CA (KC) | | |
| 06/14/2019 | JOHN R DUREE JR ATTY AT LAW 1001 G ST STE 103 SAC CA (KC) | | |
| 06/17/2019 | MEDICAL BOARD 2005 EVERGREEN ST. ST#1200 SAC CA | | |
| 06/17/2019 | SUPERIOR COURT OF TULARE COUNTY 221 S MOONEY BLVD RM 201 VISALIA CA (KC) | | |
| 06/17/2019 | DEPT OF INSURANCE 300 S. SPRING ST. LA CA | | |
| 06/19/2019 | | TULARE CO DA CONVICTION REVIEW UNIT 221 S MOONEY #224 VISALIA CA | |
| 06/19/2019 | USDC EASTERN DIST OF CA 2500 TULARE ST RM 1501 FRESNO CA (KC) | | |
| 06/20/2019 | CHIEF INMATE APPEALS P.O. BOX 942883 SACTO, CA (PH) | | |
| 06/24/2019 | MIKE BOUDREAUX 221 S. MOONEY BLVD RM#102 VISALIA CA | | |
| 06/24/2019 | | STATE OF CALIF LITTLE HOOVER COMM/AUDITS 925 L ST #205 SACTO, CA (PH) | |
| 06/24/2019 | MIKE BOUDREAUX 221 S. MOONEY BLVD RM#102 VISALIA | | |
| 06/24/2019 | | ALLEN LAW FIRM 805 W MAIN STREET VISALIA, CA (PH) | |
| 06/24/2019 | | CITY OF PORTERVILLE 291 N MAIN PORTERVILLE, CA (PH) | |
| 06/24/2019 | | SUPERIOR COURT 221 S MOONEY VISLIA, CA (PH) | |
| 06/24/2019 | | ATTY MELINDA HAAQ 405 HOWARD STREET SAN FRANCISCO, CA (PH) | |
| 06/24/2019 | PUBLIC DEFENDER OF TULARE COUNTY 221 S MOONEY BLVD RM G-35 VISALIA, CA (PH) | | |
| 06/24/2019 | | US COURT OF APPEALS P.O. BOX 193939 SAN FRANCISCO, CA (PH) | |
| 06/25/2019 | | LAW OFFICE OF JOHN DUREE ESQ ATTN: RE: ANDY NGUYEN 1001 G ST #100 SAC CA | |
| 06/25/2019 | | LAW OFFICE OF LEONARD HERR ESQ 100 WILLIOW PLAZA #300 VISALIA CA | |
| 06/25/2019 | | TULARE CO SUP COURT 221 S MOONEY #2 VISALIA CA | |
| 06/25/2019 | | LAW OFFICE OF BRUCE PRAET ESQ 1631 E 18TH ST SANTA ANA CA | |
| 06/26/2019 | | OFFICE OF LEWIS GRISWOLD ASSOC 120 N E ST EXETER CA | |
| 06/28/2019 | SUPERIOR COURT KERN COUNTY 1415 TRUXTUN AVE BAKERSFIELD, CA (PH) | | |
| 06/28/2019 | | OFFICE OF MALENIE MANZAMERO 1025 WASHINGTON SOUTH ST CA | |
| 06/28/2019 | TULARE COUNTY SHERIFF 221 S MOONEY BLVD RM 102 VISALIA, CA (PH) | | |
| 06/28/2019 | DMV OFFICE OF INTERNAL AFFAIRS 2730 BROADWAY MS-T197 SAC CA (KC) | | |
| 07/01/2019 | ST OF CA DEPT OF INSURANCE 300 SOUTH SPRING ST LA CA (KC) | | |
| 07/05/2019 | SUP. COURT OF TULARE 221 S. MOONEY BLVD RM#201 VISALIA CA | | |
| 07/08/2019 | | PRISON LAW OFFICE ATTN: INTAKE GENERAL DELIVERY SAN QUENTIN CA | |
| 07/08/2019 | | OMBUDSMAN CHIEF OF STAFF POB 348780 SAC CA | |
| 07/09/2019 | | SUPERIOR COURT COURT CALL LLC 6383 ARIZONA CIR LA CA | |

**NAME:**    CRAMER
**CDCR #:**    BA2144

*Printed  22-Nov-2019*

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|------|---------------|---------|----------|
| 07/10/2019 | | NORTH CAROLINA SUPERIOR COURT  200 N MAIN ST SAELM WINSTON NC | |
| 07/10/2019 | (RTS) OFFICE OF LEWIS GRISWOOD & ASSOC (KC) | | |
| 07/11/2019 | | OFFICE OF AND FUEILLI & ASSOC 2100 Q ST SAC CA | |
| 07/12/2019 | | CA INNOCENCE PROJECT 225 CEDAR ST SAN DIEGO CA | |
| 07/12/2019 | | TULARE CO SUP COURT 221 S MOONEY #201 VISALIA CA | |
| 07/12/2019 | | LAW OFFICE OF RICHARD M GRANT ESQ 222 RUSH LANDING RD NOVSTO CA | |
| 07/15/2019 | | OFFICE OF ATTN: LEWIS GRISWOLD 1626 E ST  FRESNO CA | |
| 07/15/2019 | FERGUSON SHERMAN 1631 E. 18TH ST. SANTA ANA CA | | |
| 07/15/2019 | (RTS) OFFICE OF MALENIE MANZAMERO (KC) | | |
| 07/16/2019 | HERR PEDERSEN BERGLUND ATTYS AT LAW LLP 100 WILLOW PLAZA STE 300 VISALIA CA | | |
| 07/19/2019 | SUP. TULARE COUNTY 221 S. MOONEY BLVD RM#201 VISALIA CA | | |
| 07/19/2019 | (RTS) CDCDR OMBUDSMAN (KC) | | |
| 07/22/2019 | | WARDEN DIR DIAZ POB 290066 REPRESA CA | |
| 07/22/2019 | SUPERIOR COURT 200 N MAIN STREET WINSTON-SALEM, NC  (PH) | | |
| 07/22/2019 | | OFFICE OF OLIVIA BARRIOS 336 VENTURA FARMERSVILE CA | |
| 07/22/2019 | JUSTIN BROOKS 225 CEDAR ST. SAN DIEGO CA | | |
| 07/23/2019 | | CHIEF INAMTE APPEALL  BRANCH PQB 942883 SAC CA | |
| 07/23/2019 | | CDCR OMBUDSMAN ATTN: SCOTT JACOBS 1515 S ST #311 SOUTH SAC CA | |
| 07/23/2019 | ATTY HERR PEDERSEN BERGLUND 100 WILLOW PLAZA SUITE 300 VISALIA, CA  (PH) | | |
| 07/24/2019 | | WARDEN PBSP JAMES ROBERTSON 5905 LAKE EARL DR CRESTCENT CITY CA | |
| 07/24/2019 | | NKSP APPEALS/ WARDEN CORRDINATOR POB 5004 DELANO CA | |
| 07/25/2019 | | ATTY A LAW MS BARBARA L SHELDON 4941 SAN MARQUE CIR CARMICHAEL CA | |
| 07/25/2019 | | COURT OF APPEALS 5TH APPELLATE DIST 2424 VENTURA ST FRESNO CA | |
| 07/25/2019 | | ST OF CA DEPT OF INDUSTRIAL RELATIONS 160 PROMENADE CIR #300 SAC CA | |
| 07/26/2019 | | TULARE C PUB DEFENDER ATTN: JOE KATZ ESQ #G35  221 SOUTH MOONEY VISALIA CA | |
| 07/29/2019 | | CITY OF PORTERVILLE CODE ENF 40 W CLEVELAND PORTERVILLE CA | |
| 07/29/2019 | SUPERIOR COURT SAC COUNTY 720 9TH STREET RM 611 SACTO, CA  (PH) | | |
| 07/29/2019 | | NORTH CAROLINA JUDICIAL BRANCH  POB 20099 WINSTON SALEM NC | |
| 07/29/2019 | | CITY OF PORTERVILLE 291 N MAIN ST PORTERVILLE CA | |
| 07/30/2019 | | SAC SUPERIOR COURT ATTN: DEP CLERK 720 9TH ST SAC CA | |
| 07/30/2019 | | TULARE CO SUP COURT ATTN: DEPUTY CLERK 221 S MOONEY #201 VISALIA CA | |
| 07/31/2019 | | SAC CO DA OFFICE ATTN: DA 901 G ST SAC CA | |
| 07/31/2019 | SUPERIOR COURT SAC COUNTY 720 9TH ST SACTO, CA  (PH) | | |
| 07/31/2019 | | TULARE CO SUP COURT ATTN: JUDGE PADEN 221 S MOONEY VISALIA CA | |
| 07/31/2019 | | CITY OF PORTERVILLE CODE & FILE 40 W CLEVELAND PORTERVILLE CA | |
| 07/31/2019 | | CITY OF PORTERVILLE ADMIN SERVICES UNIT 291 N MAIN ST PORTERVILLE CA | |
| 07/31/2019 | DEPT OF INDUSTRIAL RELATIONS 160 PROMENADE CIR #340 SAC CA (KC) | | |
| 07/31/2019 | | TULARE CO PUB DEFENDER ATTN: JOE KATZ ESQ 221 S MOONEY G35 VISALIA CA | |
| 08/01/2019 | | CDC DIRECTOR APPEALS POB 942883 SAC CA | |

NAME:   CRAMER
CDCR #:   BA2144

Printed  22-Nov-2019

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 08/01/2019 | | CITY OF VISALIA 315 E ACEQUIOA VISALIA CA | |
| 08/02/2019 | | STATE OFCA DIVISION OF WORKERS COMP 160 POBMENADE CIR #340 SAC CA | |
| 08/02/2019 | PERSONNEL RECORDS 1 ARCHIVES DR. ST. LOUIS MO | | |
| 08/05/2019 | | COURT CALL ATTN: COURT HEARINGS 6383 ARIZON CIR LA CA | |
| 08/05/2019 | | PROTERVILLE CHIEF & PALCE 350 N D ST PORTERVILLE CA | |
| 08/05/2019 | | OFFICE OF EMMANUEL V ANDAMO 4539 DANS LANE VISALIA CA | |
| 08/06/2019 | SUPERIOR COURT OF CA (KC) | | |
| 08/06/2019 | ATTY HERR PEDERSEN & BERGLUND 100 WILLOW PLAZA #300 VISALIA, CA  (PH) | | |
| 08/07/2019 | | OFFICE OF AUROARA HWANG 835 SEQUIOA LINDSEY CA | |
| 08/07/2019 | | OFFICE OF AMY J DEFIN 3744 W MEADOW AVE VISALIA CA | |
| 08/07/2019 | PUBLIC DEFENDER OF TULARE COUNTY 221 S MOONEY BLVD RM 6-35 VISALIA CA (KC) | | |
| 08/07/2019 | DEPT OF INDUSTRIAL RELATIONS 160 PROMENADE CIR #340 SAC CA (KC) | | |
| 08/08/2019 | | PORTERVILLE POLICE DEPT 350 N P ST PORTERVILLE CA | |
| 08/08/2019 | | TULARE PUB DEFENDER 221 S MOONEY #G35 VISALIA CA | |
| 08/08/2019 | NORTHERN CA INNOCENCE PROJECT 500 EL CAMINO REAL SANTA CLARA CA (KC) | | |
| 08/08/2019 | | CITY OF PORTERVILLE CITY MAYOR 291 N MAIN ST PORTERVILLE CA | |
| 08/08/2019 | NORTH CAROLINA PRISONER LEGAL SERVICES INC POB 25397 RALEIGH NORTH CAROLINA | | |
| 08/09/2019 | | OFFICE OF GRACE E HWANG & ASSOC 255 W PUTNUM PORTERVILLE CA | |
| 08/09/2019 | | ST OF CA DEPT OF INDUSTRIAL RELATIONS 160 PROMENADE CIR #340 SAC CA | |
| 08/09/2019 | | EMMANUEL ANDAMO & ASSOCIATES 4539 DANS LANE VISALIA CA | |
| 08/09/2019 | | ATTN: WARDEN LYNCH POB 290002 REPRESA CA | |
| 08/12/2019 | | SAC GRAND JURY 720 9TH STREET #611 SACTO, CA  (PH) | |
| 08/12/2019 | SUPERIOR COURT 221 S MOONEY BLVD RM 124 VISALIA, CA  (PH) | | |
| 08/12/2019 | TULARE SUP. COURT 221 S. MOONEY BLVD RM#303 VISALIA CA | | |
| 08/12/2019 | SUPERIOR COURT 221 S MOONEY BLVD RM 303 VISALIA, CA  (PH) | | |
| 08/13/2019 | | GRACE EVANS HWANG 255 W PUTNUM AVE PORTERVILLE, CA  (PH) | |
| 08/14/2019 | | CITY OF PORTERVILLE FIRE DEPT 40 W CLEVELAND PORTERVILLE, CA  (PH) | |
| 08/14/2019 | | CITY OF VISALIA CODE ENFORCEMENT 315 E ACEQUIOA VISALIA, CA  (PH) | |
| 08/16/2019 | | TULARE COUNTY SUPERIOR COURT 221 S MOONEY BLVD VISALIA, CA  (PH) | |
| 08/16/2019 | | COURT CALL TELEPHONE HEARING 6383 ARIZONA CIR LOS ANGELES, CA  (PH) | |
| 08/16/2019 | WORKERS COMP 160 PROMENADE CIR #340 SACTO, CA  (PH) | | |
| 08/16/2019 | | TULARE COUNTY SUPERIOR COURT 221 S MOONEY VISALIA, CA  (PH) | |
| 08/19/2019 | | INTERNAL AFFAIRS P.O. BOX 3009 SACTO, CA  (PH) | |
| 08/19/2019 | | LAW OFFICE OF TIMOTHY WARDEN 2735 S ENCINA VISALIA, CA  (PH) | |
| 08/21/2019 | | TULARE CO PUBLIC DEFENDER 221 S MOONEY VISALIA, CA  (PH) | |
| 08/21/2019 | | CITY OF VISALIA CODE ENFORCEMENT 315 E ACEQUIA VISALIA, CA  (PH) | |
| 08/21/2019 | | OFFICE OF GRACE HWANG 255 W PUTNUM AVE PORTERVILLE, CA  (PH) | |
| 08/21/2019 | | STATE OF CALIF AUDITS UNIT 160 PROMENADE CIR #340 SACTO, CA  (PH) | |
| 08/21/2019 | ATTY HERR PEDERSEN BERGLUND 100 WILLOW PLAZA #300 VISALIA, CA  (PH) | | CERTIFIED # |

NAME:   CRAMER                                                                    Printed  22-Nov-2019
CDCR #:   BA2144

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 08/22/2019 | PUBLIC DEF. 221 S. MOONEY BLVD RMG-35 VISALIA CA | | |
| 08/22/2019 | CLERK OF APPEALS POB SAN FRAN  POB 193939 SAN FRAN CA | | |
| 08/22/2019 | | STATE OF CALIF AUDITS & ENFORCEMENT 160 PROMENADE CIR #340 SACTO, CA  (PH) | |
| 08/22/2019 | | CITY OF PORTERVILLE 291 N MAIN ST PORTERVILLE, CA  (PH) | |
| 08/22/2019 | | TULARE COUNTY SUPERIOR COURT 300 E OLIVE PORTERVILLE, CA  (PH) | |
| 08/23/2019 | | LAW OFFICE OF ANDAMO & HWANG 4539 S DANS VISALIA, CA  (PH) | |
| 08/23/2019 | | ATTY HERR PEDERSEN & BERGLUND 100 WILLOW PLAZA SUITE 300 VISALIA, CA (PH) | |
| 08/26/2019 | | CITY OF PORTERVILLE CODE ENFOREMENT 40 W CLEVELAND PORTERVILE CA | |
| 08/26/2019 | SUPERIOR COURT OF CA COUNTY OF SAC 720 9TH ST RM 611 SAC CA (KC) | | |
| 08/26/2019 | | OFFICE OF CLIENT DR GRACE HWANG 255 W PUTNAM AVE PORTERVILLE CA | |
| 08/26/2019 | ATTY FERGUSON PRAET & SHERMAN 1631 E 18TH STREET SANTA ANA, CA  (PH) | | |
| 08/26/2019 | | CITY OF PORTERVILLE ATTN: ADMIN SERVICES UNIT 291 N MAIN ST PORTERVILLE CA | |
| 08/26/2019 | | STATE FARM BAKERSFIELD ATTN: AUDITS & INVESTIGATIONS POB 52298 PHEONIX AZ | |
| 08/26/2019 | | OFFICE OF OLIVIA BARRIOS 336 VENTURA AVE FARMERVILLE CA | |
| 08/26/2019 | | SUPERIOR COURT OF CA DEPT 201 221 S MOONEY BLVD VISALIA CA | |
| 08/26/2019 | | OFFICE AMY J DELFIN 3744 W MEADOW AVE VISALIA CA | |
| 08/28/2019 | OFFICE OF APPEALS POB 942883 SAC CA | | |
| 08/28/2019 | | SAC PRISON WARDEN JEFF LYNCH | |
| 08/28/2019 | | OFFICES OF GRACE E HWAY 255 W PURNUM PORTERVILLE CA | |
| 08/29/2019 | | CITY PF PORTERVILLE MUNICICPAL CORPORATION 291 N MAIN ST PORTERVILLE CA | |
| 08/30/2019 | CA DOC AND REHAB OFFICE OF THE OMBUDSMAN 1515 S ST SAC CA (KC) | | |
| 08/30/2019 | | ATTY HWANG ANDAMO & HWANG 4539 S DANS LANE VISALIA, CA  (PH) | |
| 08/30/2019 | | CITY FIRE DEPT CHIEF FIRE/CODE ENF. 40 W CLEVELAND PORTERVILLE, CA  (PH) | |
| 08/30/2019 | | STATE FARM INVESTIGATIONS DEPT P.O. BOX 52298 PHEONIX, AZ  (PH) | |
| 09/03/2019 | | CITY OF PRTERVILLE ATTN: MAYOR/ LEGAL AFFAIRS 291 N MAIN ST PORTERVILLE CA | |
| 09/03/2019 | | US LIBRARY & CONGRESS WASHINGTON DC | |
| 09/03/2019 | | CA DOC OFFICE OF INTERNAL AFFAIRS POB 3009 SAC CA ATTN: CHIEF JUILE D | |
| 09/03/2019 | | SAC CO DIST ATTY ATTN: DA INTAKE 901 G ST SAC CA | |
| 09/03/2019 | | CSP- SAC WARDEN ATTN: JEFF LYNCH POB 290066 REPRESA CA | |
| 09/04/2019 | | TULARE SUPERIOR COURT 221 S MOONEY #201 VISALIA, CA  (PH) | |
| 09/06/2019 | SUP COURT OF CA 720 9TH S.T RM#101 SAC CA | | |
| 09/06/2019 | | ATTY EMMANUEL ANDAMO 4539 S DANS VISALIA, CA  (PH) | |
| 09/06/2019 | | MAYER OF PORTERVILLE 291 N MAIN ST PORTERVILLE, CA  (PH) | |
| 09/09/2019 | | LAW OFFICE OF ANDRE GASTON 2442 E HAROLD VISALIA, CA  (PH) | |
| 09/09/2019 | ATTY HERR PEDERSEN BERGLUND 100 WILLOW PLAZA SUITE 300 VISALIA, CA  (PH) | | |
| 09/09/2019 | PUBLIC DEF. TULARE 221 S. MOONEY BLVD RM G-35 VISALIA CA | | |
| 09/09/2019 | CHIEF INMATE APPEALS P.O. BOX 942883 SACTO, CA  (PH) | | |
| 09/10/2019 | | SAC SUPERIOR COURT 720 9TH STREET SACTO, CA  (PH) | |
| 09/10/2019 | SUPERIOR COURT 221 S MOONEY BLVD ROOM 201 VISALIA, CA  (PH) | | |

NAME:   CRAMER
CDCR #:   BA2144

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 09/26/2019 | | GRAND JURY MIKE HOWLAND 720 9TH ST. #611 SAC CA | |
| 09/27/2019 | | TULARE 221 S. MOONEY #201 VISALIA CA 93291 | |
| 09/27/2019 | DISTRICT ATTY TULARE COUNTY 221 S MOONEY BLVD RM 224 VISALIA, CA  (PH) | | |
| 09/30/2019 | CENTRAL CALIF APPELLATE PROGRAM 2150 RIVER PLAZA DR #300 SACTO, CA  (PH) | | |
| 09/30/2019 | | STATE FARM INS AUDITOR P.O. BOX 52298 PHEONIX, AZ  (PH) | |
| 09/30/2019 | | SUPERIOR COURT 300 E OLIVE AVE PORTERVILLE, CA  (PH) | |
| 09/30/2019 | TULARE COUNTY SHERIFF-CORONER 221 S MOONEY BLVD RM 102 VISALIA, CA  (PH) | | |
| 09/30/2019 | ATTY FERGUSON PRAET & SHERMAN 1631 EAST 18TH STREET SANTA ANA, CA  (PH) | | |
| 09/30/2019 | COURT OF APPEAL 3RD APPELLATE 914 CAPITOL MALL SACTO, CA  (PH) | | |
| 09/30/2019 | TULARE COUNTY SUPERIOR COURT 221 S MOONEY BLVD RM 303 VISALIA, CA  (PH) | | |
| 09/30/2019 | SUPERIOR COURT 221 S MOONEY BLVD RM 303 VISALIA, CA  (PH) | | |
| 09/30/2019 | | TULARE SUPERIOR COURT 300 E OLIVE AVE PORTERVILLE, CA  (PH) | |
| 10/01/2019 | | TULARE COURT 221 S. MOONEY #102 VISALIA CA 93291 | |
| 10/02/2019 | | LAUREL THORPE 2150 RIVER PLAZA STE#300 SAC CA | |
| 10/03/2019 | | TULARE COUNTY SUPERIOR COURT 221 S MOONEY #102 VISALIA, CA  (PH) | |
| 10/03/2019 | | CITY OF PORTERVILLE 40 W CLEVELAND PORTERVILLE, CA  (PH) | |
| 10/03/2019 | | SUPERIOR COURT SAC COUNTY 720 9TH STREET #101 SACTO, CA  (PH) | |
| 10/03/2019 | | OFFICE OF RISK MANAGEMENT 707 3RD ST. 1ST FL W. SAC CA | |
| 10/03/2019 | | TULARE JOE KATZ 221 S. MOONEY #G35 VISALIA CA 93291 | |
| 10/04/2019 | SUPERIOR COURT SAC COUNTY 720 9TH ST RM 101 SACTO, CA  (PH) | | |
| 10/04/2019 | | CITY OF VISALIA CHIEF CODE ENFORCEMENT 315 E. ACEQUIOA VISALIA CA | |
| 10/04/2019 | US DEPT OF JUST 2001 FREEDOM WAY ROSEVILLE CA | | |
| 10/07/2019 | SUPERIOR COURT SAC COUNTY 720 9TH STREET RM 101 SACTO, CA  (PH) | | |
| 10/09/2019 | | THIRD DISTRICT COURT OF APPEALS 900 N ST #400 SACTO, CA  (PH) | |
| 10/09/2019 | | US DEPT OF JUSTICE/FBI 2001 FREEDOM WAY SACTO, CA  (PH) | |
| 10/09/2019 | | OFFICE OF GRACE HUANG 255 W PUTNAM AVE PORTERVILLE, CA  (PH) | |
| 10/10/2019 | | CITY OF PORTERVILLE MAYOR FLORES 291 N MAIN ST PORTERVILLE, CA  (PH) | |
| 10/10/2019 | | SUPERIOR COURT 3341 POWER INN RD #313 SACTO, CA  (PH) | |
| 10/10/2019 | TULARE COUNTY 221 S. MOONEY BLVD G-35 VISALIA CA 93291 | | |
| 10/10/2019 | | ATTY MOLLIE SULLIVAN 2100 Q STREET SACTO, CA  (PH) | |
| 10/11/2019 | MIKE BOUDREAUX 221 S. MOONEY BLVD #102 VISALIA CA | | |
| 10/11/2019 | SUP COURT 720 9TH ST. SAC CA | | |
| 10/14/2019 | | OFFICE OF SNR 1124 DEL PASO BLVD. SAC CA 95815 | |
| 10/14/2019 | | OFFICE OF JOE KATZ 221 S. MOONEY #G35 PORTERVILLE CA | |
| 10/15/2019 | | TULARE PUBLIC DEFENDER 221 S MOONEY VISALIA CA | |
| 10/15/2019 | CHIEF INMATE APPEALS P.O. BOX 942883 SACTO, CA  (PH) | | |
| 10/15/2019 | TULARE COUNTY SHERIFF-CORONER 221 S MOONEY BLVD RM 102 VISALIA, CA  (PH) | | |
| 10/15/2019 | TULARE COUNTY SUPERIOR COURT 221 S MOONEY BLVD RM 303 VISALIA, CA  (PH) | | |
| 10/15/2019 | COURT OF APPEAL THIRD APPELLATE 914 CAPITOL MALL SACTO, CA  (PH) | | |

NAME:    CRAMER
CDCR #:    BA2144

*Printed 28-Oct-2019*

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 10/16/2019 | | CITY OF PORTERVILLE MAYOR FLORES 291 W. MAIN PORTERVILLE CA | |
| 10/16/2019 | | OFFICE OF THE CLERK 255 W. PUTNUM AVE PORTERVILLE CA | |
| 10/16/2019 | WILLIAMS BRODERSEN 2222 W. MAIN ST. VISALIA CA 93291 | | |
| 10/16/2019 | | DEFENSE CLERK 315 E. ACEQUIA VISALIA CA | |
| 10/16/2019 | WILLIAMS BRODERSEN 2222 W. MAIN ST. VISALIA CA 93291 | | |
| 10/17/2019 | | TULARE COUNTY PUBLIC DEFENDER 221 S MOONEY #635 VISALIA, CA  (PH) | |
| 10/17/2019 | | CITY OF PORTERVILLE CHIEF FIRE/CODE 40 W CLEVELAND PORTERVILLE, CA  (PH) | |
| 10/18/2019 | | TULARE PUBLIC DEFENDER 221 S MOONEY VISALIA, CA  (PH) | |
| 10/21/2019 | | PORTERVILLE MAYOR FLORES 291 N. MAIN ST. PORTERVILLE CA | |
| 10/21/2019 | | JORDAN WILLIAMS 2222 W. MAIN ST. VISALIA CA | |
| 10/21/2019 | | SUP COURT OF CA 300 E. OLIVE AVE PORTERVILLE CA 93257 | |
| 10/21/2019 | SHERIFF'S CIVIL DIVISION 3341 POWER INN RD #313 SACTO, CA  (PH) | | |
| 10/22/2019 | WILLIAMS BRODERSEN 2222 W. MAIN ST. VISALIA CA | | |
| 10/23/2019 | RTS FROM ATTY JOE KATZ 221 S MOONEY #G35 PORTERVILLE, CA  (PH) | | |
| 10/23/2019 | | SAC SUP COURT 3341 POWER INN RD. SAC CA | |
| 10/23/2019 | | PORTERVILLE MAYOR FLORES 291 N. MAIN PORTERVILLE CA 93257 | |
| 10/23/2019 | COURT OF APPEALS POB 193939 SAN FRAN CA | | |
| 10/25/2019 | | TULARE JOE KATZ 221 S. MOONEY VISALIA CA | |
| 10/28/2019 | | DISTRICT ATTY CHARLES GONZALES 901 G STREET SACTO, CA  (PH) | |

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date :      December 2, 2019

To   :      Cramer (BA2144)
            SAC-MSF M2N-100
            California State Prison Sacramento (CSP-SAC)

Subject:    **Request for Assistance**

This is in response to your correspondence received in the Warden's Office concerning your classification and a transfer to another institution. Specifically, you are requesting your classification be corrected and you would like to be transferred to Mule Creek State Prison.

Investigative Services Unit (ISU) Lieutenant Stake was assigned to review your request. After consulting with Correctional Counseling Staff, Lieutenant Stake discovered your requests are in the process of being resolved. You are currently pending schedule for your Annual Review following an updated Medical Classification Chrono (MCC). There was a temporary medical hold placed on October 30, 2019, by medical, which is keeping you from your desired transfer. Then an additional MCC dated October 30, 2019, to remove the medical hold. Lieutenant Stake was informed your medical hold has expired and your physician is in the process of updating your MCC, which would allow your classification to change and make you eligible for a transfer. It appears you have been talking with your Correctional Counselor I (CCI) after you authored this correspondence and you are aware of the information provided in this letter; however, if you still have questions or concerns regarding your classification and housing status, please contact CCI E. Jubb during open line hours.

Your safety, and that of the remainder of the inmate population and staff, is paramount in the successful daily operations at CSP-SAC. If you have questions or concerns, contact the supervisory staff utilizing the appropriate methods, including the appeals process.

JERF LYNCH
Warden (A)

NO OPEN LINE
EVER

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, June 24, 2019*

*CRAMER, BA2144*
*M 002I1000008L*

LEGAL, Copies, 06/18/2019
Log Number: SAC-M-19-02554
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(6). Your appeal makes a general allegation, but fails to state facts or
specify an act or decision consistent with the allegation.*

*Per [15 CCR 3084.2(a)(3)], If making allegations of staff misconduct: The inmate/parolee
must list all staff members(s) involved and describe that individual's involvement in the issue-
to assist in the identification of staff, inmates/parolees are required to include the staff
member's last name, first initial, title or position (if known) and the dates of the staff
member's involvement in the issue under appeal.*
*<u>PLEASE IF RESUBMITTING CLARIFY BELOW</u>: Who denied you copies, on what date and
what specific circumstances were involved?*

☒ J. Lyons, AGPA
☐ K. Daly, CCII
☐ D. Matthews, Appeals Lt.
☐ S. Boxall, CCII
☐ J. Hess, Office Technician
Appeals Coordinator
SAC

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____
_____
_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

LITIGATIONS COORDINATOR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR.22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| CROMER, MATT | BA2144 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (IE. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| M2I-8L | | | LIT. Cour. |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

W/O FILING A F.O.I.A REQUEST, I AM THE VICTIM
+ REQUEST PROSECUTION OF GARCIA J50775 SAC-
FAC-19-05-0489 on 5/15/19 (ASSAULT W/WEAPON)
I HAVE ASKED FOR DISPOSITION of D.A REFERRAL.
PLEASE SEND ME THE INCIDENT REPORT & MY INJURIES

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL. ADDRESSED TO:_____ DATE MAILED: ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE.

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 8-26 | | (YES) NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | 8/26/19 | IN PERSON (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| T. Kramer LLT | 8-28-19 | T.K | 8-28-19 |

I'm forwarding the original Form 22 to
the ISU criminal Prosecution Sgt, as the
Litigation Office does not oversee criminal
cases.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

ISU Et Sgt - I AM IN RECEIPT of
YOUR 8/30/0 MEMO (PLEASE RETURN)
PLEASE PROVIDE ME THE CASE NUMBER
ASSIGNED @ SAC. CO - THANK YOU

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | 9-5-19 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*LITIGATION*    *COORDINATOR*

STATE OF CALIFORNIA                                                    CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL
CDCR 602 (Rev. 03/12)                                                                                    Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | SAC M. Appeal 65-14 | | 16 |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR) Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CRAMER, MATT | BA2144 | | M2E I-8U |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
LEGAL COPIES & FILINGS OBSTRUCTION

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):
LAW LIBRARY STAFF ARE OBSTRUCTING
& FAILING TO MAKE COPIES FOR SERVICE
& FILINGS & MOTIONS

B. Action requested (If you need more space, use Section B of the CDCR 602-A):
TO SEE PRINCIPAL TO AVOID SUIT to
CDCR OF OBSTRUCTION — EVERYTHING is
A LEGAL OBSTRUCTION

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification chrono):
I'VE HAD 24 COURT CALLS & CLA VISITS
& ATTY VISITS SCHEDULED ON FILE

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _____    Date Submitted: 3/23/19

☐ By placing my initials in this box, I waive my right to receive an interview.

RECEIVED CSP-SAC APPEALS 2019 MAY 18 PM 2:11

**First Level - Staff Use Only**                    Staff — Check One: Is CDCR 602-A Attached?  ☐ Yes  ☒ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: 5/21/19  Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other:
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date Completed: _____
              (Print Name)

Reviewer: _____ Title: _____ Signature: _____
           (Print Name)

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant _____

DECLARATION IN SUPPORT

I, Matthew B. Cramer hereby declares that onn 1-4-20 that I submitted a 602 appeals process and Citizens Complaint to the appeals Coordinator for Legal Law Library access; Copies; Indigent envelopes for mail out due to A. Hubbard; and Principal D. Hamad's blatant disregard and/or obstruction of due process.

Attached with this DECLARATION IN SUPPORT is a 602 Copy; OIA/Rights & Responsibilties statement; A Sacramento Superior CourtSummons/Complaint (for damages) (TBA) with exhibits and documentation of Hubbard's and Principal D. Hamad's refusal to address.

Due to A. Hubbard's participation in obstruction of Court mandated PLU proper filings, copies that too involves A. Hubbard giving legal advise and obstructing timely delays where plaintiff's are sanctioned for failure to respond (Demurrer's; Amending complaint; Delays etc.). In this incident Hubbard, Hamad are being biased and with inconcert acts with malicious intent due to pending suits Vs. he co-workers A. Hubbard; Principal (Her supervisor) D. Hamad along with Superior Liability of Warden Jeff Lynch and E. Jubb's failure to address issues presented to her and refusal to act per my request ALL above/enclosed are too now named parties.

It should be noted that this Declaration of support is filed and submitted to the U.S. District Court with the attached submitted claims of complaint and citizens complaint were submitted by my hand under the penalty of parjury to the Courts and investigators for Judicial notice naming in a Citizen Complaint (OIA) involving D. Hamad; A. Hubbard; Jeff Lynch & E. Jubb.

Respectfully submitted

Matthew B. Cramer                    1-4-20

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, January 8, 2020*

*CRAMER, BA2144*
*M 002N1000011L*

LEGAL, Legal Supplies, 01/07/2020
Log Number: SAC-M-20-00093
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(c)(2). The appeal duplicates a previous appeal upon which a decision
has been rendered or is pending.*

*This appeal is being cancelled due to being a duplicate appeal issue. Specifically, you filed
appeal SAC-M-02554 which was received on 6-18-19, and rejected pursuant to Title 15, CCR
section 3084.6(b)(6). You had 30 days from receiving the First Level Response to SAC-M-
02554 to resubmit it for Second Level Review. You did not resubmit your Appeal for First
Level Review and cannot Appeal the same issue on a new Appeal. Therefore, since this appeal
duplicates your previous appeal for which you received a First Level Response, this appeal is
cancelled and is being returned to you.*

☐ K. Daly, CCII
☐ D. Matthews, SC Lieutenant
☐ S. Boxall, CCII
☐ J. Hess, Office Technician
☐ L. O"Brian, CCII(A)
☐ A. Winston, AGPA(A)
☒ D. Bales, SC Lieutenant
☐ J. Kelley, AGPA
☐ B. Hendricks, Appeals CCII(A)

*[handwritten annotations:] DEFENDANTS*
*1- NOT A DUPLICATE*
*2. ATTACHED COMPLAINTS*
*3. FILED IN COURTS.*
*4. ATTACHED 22 forms*
*(I DON'T NEED to RE-SUBMIT OLD REJECTED) FILING — PATTERN OF ABUSE*

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

Appeals Coordinator
SAC

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE: THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

LAW LIBRARIAN

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*7TH NOTICE*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME)  (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| CRAMER, MATT | BA2144 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| MSN-11C | | | PRINCIPAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

LAW LIBRARIAN HUBBARD IS OBSTRUCTING, REVIEWING, GIVING LEGAL ADVISE REFUSING TO MAKE COPIES OF HEARING SET MOTIONS, REFUSING TO PROVIDE MANILLA ENVELOPES WHEN NEEDED — ENCLOSED IS MAIL LOG OF SEVERAL PARTIES INCOMING/OUTGOING AGENCIES — TO CLARIFY HIGH VOLUME — EACH LETTER IS A RESPONSE (TO SEE PRINCIPAL)

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO:____ Principal ____  DATE MAILED: _/_/_
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| C/o J. Duncan | 12-31-19 | | (CIRCLE ONE) YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Edu. Principal | | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| A Hubbard | 1/8/20 | | 1/8/20 |

Photo cop. requests are evaluated per policy (loc-l DOM 101120, 15')
Envelopes are distributed (sold) only at the time photocopies are approved + completed" (14010.21.3 loc-l DOM)

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I WANT TO SEE PRINCIPAL, YOU HAVE DENIED COPIES AFTER COPIES AFTER COPIES — NOW I'VE FILED FOR SUIT — YOU OBSTRUCTING!

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | 1/10/20 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) CRAMER (FIRST NAME) MATT | CDC NUMBER: BA2144 | SIGNATURE: |
| --- | --- | --- |

| HOUSING/BED NUMBER: M2N-11L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| --- | --- | --- | --- |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

PLEASE TAKE NOTICE - YOU CAN VERIFY THIS W/CCL JUBB
WARDEN LYNCH ETC. - DO TO YOUR FAILURE TO (MEET
& VERIFY + MAKE LEGAL COURT ACTION COPIES PER
ACTIVE CASES, I WILL ADD/NAME PRINCIPAL HAMLAD
& A HUBBARD IN CIVIL SUIT FOR DAMAGES
I WANT TO SEE PRINCIPAL

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED.**

☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: 12-26 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
| --- | --- | --- | --- |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
| --- | --- | --- |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: A. Hubbard | DATE: 1/8/20 | SIGNATURE: | DATE RETURNED: 1/8/20 |
| --- | --- | --- | --- |

Please direct initial requests to Ued Line which is
me Librarian Hubbard. If you disagree with my
response then send to my Supervisor, Principal Hamad.
Please state your request It is unclear

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I'VE TRIED TO RESOLVE ISSUE OF ACCESS + COURTS
DENIED COPIES WITH A. HUBBARD TO NO
AVAIL - IF PRINCIPAL REFUSES TO ADDRESS
THAN I'VE HAD NO CHOICE TO FILE FOR RELIEVE

| SIGNATURE: | DATE SUBMITTED: 1-10-20 | |
| --- | --- | --- |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
| --- | --- | --- | --- |

# ATTACHMENT___

COMPLAINT ABOUT PEACE OFFICERS
CALIFORNIA DEPARTMENT OF CORRECTIONS
AND/O        AND/OR LAW ENFORCEMENT EMPLOYEES

CITIZEN'S COMPLAINT
RIGHTS AND RESPONSIBILITIES STATEMENT

**ORIGINAL FILED**

JAN 23 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

NAME    : Matthew B. Cramer    CDCR No: BA2144
ADDRESS : P.O. Box ~~96000~~ 409000
City:   : ~~Iones~~a, CA ~~95640~~ 95670

LAW ENFORCEMENT AGENCY OR EMPLOYEE INFORMATION:

EMPLOYEE'S NAME:    ERIKA JUBB, L. STERKEN; NICHOLAS PATMORE,
                    M. DOBBS A. HUBBARD, D. HAMAD

AGENCY NAME:    CALIFORNIA DEPARTMENT OF CORRECTIONS
AGENCY ADDRESS: CSP-SACRAMENTO (NEW FOLSOM STATE PRISON) 100 PRISON
                ROAD, REPRESA, CA. 95671

LOCAL REMEDIES SOUGHT

I have unsuccessfully contacted CDCR's Offices of Internal Affairs (AOR)
with Countless letters of complaints to 1515 S. Street Sac. CA 95814;
P.O. Box 3009 Sac. CA 95812; Attn: Juli Duszynski (Via Mail) Complaints
to outside agencies for assistance also to Sacramento Grand Jury; The
Sacramento County District Attorney that have only lead to a Filed Com-
plaint in State & U.S. District Court for obstruction and civil rights.

Complaintant was literally threatened by other ISU (Internal Investigators)
"To STOP trying to contact OIA agents" Leading this complaintant to
believe their intercepting ALL incoming and outgoing mail in yet another
complaint for obstruction... Naming other Correctional Staff members.

STATEMENT OF COMPLAINT

EMPLOYEE(S) NAME(S) INVOLVED: Erika Jubb; C/O M. Dobbs; C/O N. Patmore;
C/O L. Sterken; Sgt. B. Scruggs; C/O (ISU) Garland; OIA Juli Duszynski;
(Staff) A. Hubbard; D. Hamad; Warden Jeff Lynch and others named and/or
unnamed.  Each named party are named individually in seperate complaints
(for filing purposes in lieu of Penal Code 148.6 so that as an individual
in re: Citizen's Complaint and any reports and/or findings relating to
this / these complaint(s)  for each above named PARTY MUST BE RETAINED BY
THIS AGENCY FOR ATLEAST 5 YEARS. (pursuant to penal code 148.6).

i

**ORIGINAL** /

STATEMENT OF COMPLAINT.

On about 4-25-19 I had been transferred to CSP-SAC prison. Prior to this transfer it was noted and filed that in NO uncertain terms as noted in 3 seperate C-files H-71666; G-18347 & T-99264 due to CSP/Folsom "Safety Concerns CDCR employee Retaliation" Also noted in my BA-2144 C-file.  I had testified, exposed "whistle-blew" on Officers who were indicted, charges filed and criminally prosecuted and convicted in State of CA; & U.S. Prosecuted for Drugs, Alcohol; heroin, staging gladiator fights, (for sport) to murder. I have suffered to date and have witnessed (to date) continuous serious issues that are on-going to no avail.

I/We have tried with several outside family members to get the Offices of Internal Affairs to investigate to no avail. Specifically Juli Duszynski and/or CDCR (DOJ) Investigators... Only for myself to be threatened by other officers (ISU) Garland; in a attempt to halt my complaints. to name a few:

We have witnessed day in and day out of Staged fights; Officer's abuse (verbal and/or physical). (See brief attached declarations). I personally have documented countless "staged/set up fights" and contacted the OIA/OIG/PREA collect call hotline number that accepts collect calls @ 916-555-0001 & 916-464-3805 with sometimes each daily incident. This also includes myself being stabbed in retaliation (set up) for negligence due to my State/Federal testimony against guards (Attached articles) who worked and began their careers at Folsom, who's kids work here.

I have sent Countless requests see Mail Log (incoming/outgoing) to any/all agencies and/or investigators where no one seems to care (OIA) et al., with over 75-150 Corroborative statements of incidents in daily fights by guards inciting abuse. Simply mirroring Pelican Bay and Corcoran shootings..... This includes the enclosed declarations, the enclosed ARTICLES of Officer retaliation for complaints in my latest filins of Officers' Patmore; Dobbs on behalf of Warden Lynch; Capt. Shultz and CCI-Erica Jubb where they told others: "We need to give Cramer this problematic (GP) skinhead bunk-mate cause Jubb, Shultz, & The Warden said: Because Cramer is filing too much paperwork naming them in a Law-suit (All documented)".

Attached are literal COUNTLESS attempts to no avail that becomes a new set of injuries and unanswered complaints. Attached are Collobarative incidents and declarations  of injuries in a "Blood sport" events and certainly failure to investigate; Cover-up; Obstruction; Deliberate Indifferences; Mail Tampering; Court Access; Assaults on inmates: False Reports; Property damage; Hippaa-Medical file tampering with malicious intent.

Enclosed are fellow victims statements that clearly show with over-all over 100 plus signatures of complaints with a clear obstruction of investigation. At the very least you'de think, like they uncovered in my involvement with Pelican Bay (The biggest CDCR scandal in CDC history)

2

Where this exposure caused several multi-agencies in retaliation even
years later with State Personnel Board hearings, threats from staff
that includes giving this complainant that GP skinhead alleged problematic
bunkie (all documented and called in to OIA) where "I" am JEWISH in
their Countless acts causing problems (per declarations) by Dobbs & N
Patmore's public rants.....

Enclosed the articles and as such sooner than naught as due to CDCR's
failure to control and address these serious issues of complaints
Ultimately I will get these issues heard.

*Note* ALL attached are signed declaration and group complaints of
officer(s) and on-going staff misconduct that borderlines RICO violations
where we (I) am sending this complaint with attachments for an informal
and investigation.

I, Matthew B. Cramer (BA2144) hereby has mailed this original signed
copy  to several agencies for any/all parties to achieve this document
signed in blue ink as original with entire Citizen Complaint pursuant
to penal code 148.6 that this complaint is true and correct under the
penalty of perjury as to my belief...


                    Matthew B. Cramer        _____
                                             Date:




Original to Agencies

cc: U.S. Eastern District Court   2:cv-19-02431 AC
    Sacramento Superior Court     34-2019-00265830
    U.S. Office of DOJ Prosecutor Melinda Haag
    Del Norte D.A./JF
    State Personnell Board/BS
    CA-DOJ/GO
    GSA esq.
    Daily Journal/PB/PM
    Sac Bee/AF/MS
    Sac Grand Jury
    Sac. Co. D.A./MG
    John Duree esq.



3 of 3 pages

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation



# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>SAC-Facility C | INMATE'S NAME<br>CRAMER, MATTHEW B. | CDC NUMBER<br>BA2144 |
|---|---|---|

## REASON(S) FOR PLACEMENT (PART A)

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY   ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On May 15, 2019, you are being remanded to Administrative Segregation for being a victim of a Battery on an Inmate with a weapon. Specifically, on the aforementioned date, at 1945 hours, during C-Facility Building B C-Section Dayroom, Control Booth Officer A. Monk was observing Level I dayroom, when he observed GARCIA J50775 with blood on his clothing. Officer Monk ordered all the inmates down to which they complied. Officers responded to the C-Section door and when it opened the officers entered and formed a skirmish line. You had many small lacerations on the top of his head and was actively bleeding. Officer N. Romney discovered an inmate manufactured stabbing weapon on the ground next to GARCIA. (Log # SAC-FAC-19-05-0489). Officer Z. Hurley will conduct an investigation into your possible safety concerns on C Facility. For this reason, your presence on Facility C General Population represents a threat to the safety and security of the Institution. You will be seen by the Institutional Classification Committee (ICC) within ten (10) days for appropriate program and housing.

TABE (Read): 09.4
Curr. MH LOC: GP
Current DDP: NCF

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU<br>PLACEMENT<br>05/15/2019 | SEGREGATION AUTHORITY'S PRINTED NAME<br>Z. Robberecht | SIGNATURE<br>Z. Robberecht | TITLE<br>Lieutenant |
|---|---|---|---|

| DATE NOTICE<br>SERVED<br>05/15/2019 | TIME<br>SERVED | PRINTED NAME OF STAFF<br>SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S<br>TITLE<br>Lieutenant |
|---|---|---|---|---|

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER<br>BA2144 |
|---|---|---|

You were identified with a disability of:
☐ Hearing ☑ Vision ☐ Speech ☐ Learning Disability ☐ TABE under 4.0 / no TABE ☐ Developmental Disability ☐ CCCMS ☐ EOP
☐ Foreign Language Speaking

Method
☑ CRAMER, MATTHEW BLAIR reiterated in his own words, what was explained

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION

GAVIN NEWSOME, Governor

DIVISION OF ADULT OPERATIONS
CALIFORNIA STATE PRISON - SACRAMENTO
P O Box 230001
Represa CA 95671-0002
(916) 985-8610



# *M E M O R A N D U M*

Date:   8/30/2019

To:     I/M CRAMER BA-2144

From:   California State Prison-Sacramento, Represa, Ca.95671

Subject:  Reply to Request for Information and Status of a Referral


This memorandum is in reply to your most recent written correspondence regarding the status and information related to a Sacramento County District Attorney criminal prosecution referral related to Incident Report# **SAC-FAC-19-05-0489** and dated **26 August 2019**. With regard to the release of information and/or an incident report related to the afore-referenced incident, this incident report/case remains pending a Sacramento County District Attorney (DA) referral decision. As such we are unable to release any information at this time, as the case remains under review. Even more explicitly, I am unable to release any information and/or records related to IR# **SAC-FAC-19-05-0489**.


Sgt Kevin Steele
Criminal Prosecution Coordinator
Investigative Services Unit
California State Prison-Sacramento
Office: (916) 985-8610 Ext. 6233



COPY

*CASE #*

 

Mike Howland
Foreperson

Marc Allaman

Francis Bremson

David Burgess

Henry Crowle

Michele Finerty

Tillie Fong

Deanna Hanson

Rhonda Leonard

Brian McElroy

Faye McGirr

Trina McKie

Rita Montez

Robert Remen

Paul Rieschick

Mark Rodebaugh

Thomas Slagle

Marla Taylor

Melanie Terhune

### SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
Grand Jury

8/20/19

Mathew Cramer
CDC #BA 2144
P.O. Box 290066 (M2I-8L)
Represa, CA 95671

Dear Mr. Cramer:

On behalf of the Sacramento County Grand Jury, I acknowledge the receipt of your complaint.

The Grand Jury reviews all inquiries to determine whether to conduct an investigation or take any action. While the Jury takes each request seriously, not all can be investigated because of legal restrictions, resource limitations, or a variety of other reasons. By law, the work of the Grand Jury is confidential and we cannot respond individually regarding what action, if any, is decided upon with respect to your complaint. If your request is investigated, you may or may not be contacted by one of our committees. In all cases in which the Grand Jury takes formal action, its concerns and recommendations will appear in its final report issued by June 30 each year.

Thank you for taking the time to contact our office.

Sincerely,

Mike Howland- Foreperson
2019-2020 Sacramento County Grand Jury

MH/bc

GJ/I-1 (rev. 9.9.13)

State of California                                          Department of Corrections and Rehabilitat

# Memorandum

**Date**      December 2, 2019

**To**        Cramer (BA2144)
            SAC-MSF M2N-100
            California State Prison Sacramento (CSP-SAC)

**Subject:**  **Request for Assistance**

This is in response to your correspondence received in the Warden's Office concerning your classification and a transfer to another institution. Specifically, you are requesting your classification be corrected and you would like to be transferred to Mule Creek State Prison.

Investigative Services Unit (ISU) Lieutenant Stake was assigned to review your request. After consulting with Correctional Counseling Staff, Lieutenant Stake discovered your requests are in the process of being resolved. You are currently pending schedule for your Annual Review following an updated Medical Classification Chrono (MCC). There was a temporary medical hold placed on October 30, 2019 by medical, which is keeping you from your desired transfer. Then an additional MCC dated October 30, 2019 to remove the medical hold. Lieutenant Stake was informed your medical hold has expired and your physician is in the process of updating your MCC, which would allow your classification to change and make you eligible for a transfer. It appears you have been talking with your Correctional Counselor I (CCI) after you authored this correspondence and you are aware of the information provided in this letter, however, if you still have questions or concerns regarding your classification and housing status, please contact CCI E. Jubb during open line hours.

Your safety, and that of the remainder of the inmate population and staff, is paramount in the successful daily operations at CSP-SAC. If you have questions or concerns, contact the supervisory staff utilizing the appropriate methods, including the appeals process.

JEFF LYNCH
Warden (A)

AFFIDAVIT

State of California            )
                               ) AFFIDAVIT OF JOE GOMES
County of Sacramento      ⸺  )

That I, Joe Gomes, being first duly sworn, depose and say and
declare by my signature that the following facts are true to the
best of my knowledge and belief.

THAT, CCI E. Jubb has falsified multiple Rule Violation Reports
(RVRs) against me with the intent to add more time to my
sentence and raised my inmate classification level to get me
removed from CSP SAC. She has turned the correctional officers
on 2nd watch (C.O. M. Patmore, C.O. M. Dobbs, and C.O. L. Sterken
) against me so that they constantly harrass me. She purposely
manipulates the other staff to make it hard for me to program on
this yard. She issued me a RVR for working out because I am
disabled, even though the doctor told me to, and I had to stop.
I gained 10 pounds because of this and it negatively affected my
health. I am not the only inmate CCI E. Jubb has inflicted her
wrath on. She has a complete and utter disdain for the inmate
population.

Further Affiant Sayth Not.


Done this 1 day of January 2020 A.D.


*Joel m. Gomes*

Joe Gomes Affiant




                          WITNESSES
We the undersigned Witnesses hereby STAND and Attest that Joe
Gomes, signed this document on this 1 day of January, 2020,
of his Own Free Will, as witnessed by our signatures below:

First Witness Signature             Second Witness Signature
Matthew Cramer                      Kevin Leacy
300 Prison Road                     300 Prison Road
Represa, California 95671           Represa, California 95671



COPY

AFFIDAVIT

State of California            )
                               )  AFFIDAVIT OF MARCHON KING
County of Sacramento           )


That I, Marchon King, being first duly sworn, depose and say and
declare by my signature that the following facts are true to the
best of my knowledge and belief.

THAT, while I've been incarcerated at CSP SAC MSF SGT. E. Scruggs
C.O. N. Petmore, C.O. M. Dobbs, and C.O. L. Sterken have been
staging fights between active Northern and Southern inmates and
MDPP inmates. This has been a regular occurance during my
incarceration at this facility. I had to move from K-Pod to
T-Pod because they were staging fights in K-Pod and I had a
hernia. I didn't want to get injured. The correctional officers
here have absolutely no respect for the inmates at CSP SAC MSF
and play with their safety and security as if it's of no
importance. I've seen many inmates get injured and get more time
added to their sentence because the correctional officers issue
Rule Violation Reports (RVRs) after they stage the fights. C.O.
N. Petmore spends many hoursfiling these reports to get overtime.

Further Affiant Sayth Not.


Dated this 5 day of January 2020 A.D.

*[signature]*

Marchon King Affiant


                        WITNESSES

We the undersigned Witnesses hereby STAND and Attest that
Marchon King, signed this document on this 5 day of January,
A.D. of his Own Free Will, as witnessed by Our Signatures
below:

*[signature]*                      *[signature]*

First Witness Signature            Second Witness Signature
Matthew Cramer                     Kevin Leacy
300 Prison Road                    300 Prison Road
Represa, California. 95671         Represa, California 95671




AFFIDAVIT

State of California                    )
                                       ) AFFIDAVIT OF JAMES ALVARADO
County of Sacramento                   )


That I, James Alvarado, being first duly sworn, depose and say and
declare by my signature that the following facts are true to the best
of my knowledge and belief.

THAT, when active Southern inmates were being brought to CSP SAC
C.O. L. Sterken, C.O. M. Dobbs, and C.O. N. Patmore under the
authority of SGT. B. Scruggs would personally come get me to confront
the new arrivals. They would tell me to "get a couple of your homies"
and go greet them because they don't want to program on this yard."
They would tell me this because I'm a South sider but I chose to
program on this yard because I want to go home to my family.
Normally, an active Southern inmate cannot be on a NDPF yard
because it is against our politics. They have to fight the first
person they see on the yard to get off of the yard. The
correctional officers know this and they enjoy seeing the inmates
fight. They told us if we fight the active Southern inmates they
brought to the yard they wouldn't give us a Rules Violation
Report butmost of the time they did. At one point they made me
go out there everyday for a week.

Futher Affiant Sayth Not.


Done this 31 day of December 2019 A.D.



James Alvarado Affiant



WITNESSES
We the undersigned Witnesses hereby STAND and Attest that James
Alvarado, signedthis document on this 31 day of December, 2019,
of his Own Free Will, as witnessed by Our Signatures below:


First Witness Signature          Second Witness Signature
Matthew Cramer                   Kevin Leacy
300 Prison Road                  300 Prison Road
Represa, California 95671        Represa, California 95671


# COPY



AFFIDAVIT

State of California      )
                         ) AFFIDAVIT OF ANTHONY McCURTY
County of Sacramento     )

That I, Anthony McCurty, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

THAT, while I've been incarcerated at at CSP SAC I've witnessed correctional officers (including C.O. M. Dobbs, C.O. N. Patmore, C.C. L. Sterken, and C.O. B. Scruggs) stage fights with active Northern and Southern inmates against NDPF inmates. Some of these fights happend back to back. The correctional officers knew the active Northern and Southern inmates weren't going to program on this yard before they brought them and let us know this ahead of time. C.O. L. Sterken would stand next to my bunk and look out of the window so he could get a good view of the action as the active Northern and Southern inmates were brought on the yard.

THAT, these incidents of staged fights have occured over a period of months. The correctional officers would tell NDPF inmates to go out and greet the active Northern and Southern inmates to make sure they don't make it to the building. They told them if the fought the active Northern and Southern inmatesthey would not issue them a Rules Violation Report (RVR). However, after the staged fights they issued all inmates a RVR to add more time to their sentence.

Further Affiant Sayth Not.

Done this 31 day of December 2019 A.D.

_Anthony McCurty_
Anthony McCurty Affiant

WITNESSES

We the undersigned Witnesses hereby STAND and Attest that Anthony McCurty, signed this document on this 31 day of December, 2019, of his Own Free Will, as witnessed by Our Signatures below:

First Witness Signature            Second Witness Signature
Matthew Cramer                     Kevin Leacy
300 Prison Road                    300 Prison Road
Represa, California 95671          Represa, California 95671



Matthew B. Cramer
CDC:  BA2144
P.O. Box  290066
Represa, CA 95671

## DECLARATION IN SUPPORT

On about 12-10-19 I, Matthew Cramer was approached by several fellow
inmates in our MSF (Minimum) Facility who were concerned that there
was some rumors and statements overheard by Custody housing Officers
M. Dobbs & Officer Patmore.   It was told to myself that Dobbs & Patmore
were telling them and others that they were gonna assign a Bunkie who
was returning from a prior commitment who was a problematic skinhead
who too was anti-jewish solely cause I was submitting paperwork and
per quote:

> "Per Captain Shultz; The
> Warden, and CCI Erika Jubb we're
> giving Cramer a bunkie cause he's
> pushing too much paperwork
> knowing too cause me problems....."

In an abundance of caution I then contacted the OIG/OIA/PREA Collect
call hotline and left a detailed message of these informed statements
fellow inmates were warning of.

I also contacted my synagogue, and the Rabbi, and complaints to the
Warden, Attorney General and OIA Juli Duszynski, and the Rabbi's
at Aleph institute. Specifically these potential anti-sematic state-
ments by Dobbs and/or Patmore.

It should be recognized and I am not one without a sense of humor and
I was very confused why I would even get a bunkie when there was 6-10
empty bunks much less others bunks available... Although I realize I
am not immune from any new arrival bunkie, but I do have an issue as
to others telling me of these anti-jewish semitic remarks. I called OIA,
Shortly thereafter. I had approached Officer Patmore and asked him
if I was being assigned a new arrival bunkie and he laughed telling me
of course not....

After I had mailed in complaints of this behavior and concerns on 12-14-19
I  was assigned a new bunk-mate known skinhead who was placed on top
of my upper-bunk.

On about 12-16-19 to 12-18-19 I had already and continued to send in
22 forms of these issues. Also to Warden Lynch; The Rabbi and ISU Lt.
Stakes that it was now evident C/O Patmore and M. Dobbs comments they
were retaliate ~~including the main~~....

It was later dicovered (by another officer's comments) my complaints of
what Patmore and Dobbs were trying to incite moved my bunk-mate to another
already opened bunk. This bunk was open as 6-10 other still remain open.
Thus' as it seems the Bunkie who was moved on 12-20-19 who is/was a known
skinhead; possibly once problematic to Patmore and Dobbs in his prior term
where he was too problematic; who too is from and "WB" know the same
people in Sacramento where ultimately as it seems Patmore and Dobbs in
their abuse of authority out of control antics where they tried and failed
in their anti semitic potential conflict views as per ALL complaints in
retaliation for complaints which now seem to be novel. And speaking on
behalf of Captain Shultz; Jubb and the Warden (ibid quote) where it is now
noted in several more declarations by others of this incident but also
filed 602's by other of racial comments and disrespect.....

It should be noted as to my understanding Several complaints on these issues
of complaints too have been submitted by several inmates and the MAC
chairman per inmate requests.....

I, Matthew B. Cramer hereby states that this declaration is true  and
correct under the penalty of perjury as to my belief.

*These issues are described as told to me and documented as it happened. .

Matthew B. Cramer        BA2144        Date: ___12-24-19___

Original Court file
xeroxed as original signed in ink

cc:  OIA
     Synagogue Rabbi
     DOJ/AG - CS
     Warden
     Aleph
     CSP-FAC  Rabbi
     Sac Bee
     SNR/CG

2 of 2 pages



COPY

AFFIDAVIT

State of California                    )
                                       )    AFFIDAVIT OF JARED LEITAKER
County of Sacramento                   )


That, I Jared Leitaker on about 12-14-19 arrived at the Minimum Support Facility (MSF) where I was immediately housed at MSF-M-11 upper Bunk. My Bunk-mate was Matthew Cramer (A Jewish inmate) he, MSF-M-11 Lower. It was prior known on a seperate prior term that to many officers (Patmore and Dobbs) who felt I was once problematic; A known skinhead and had serious once Racial views including Anti Semitic views. It was a once known fact in a prior term I too had problems with MSF Officers' that too included Patmore & Dobb's and others...

I, Jared Leitaker on 12-14-19 asked these 2 Officers why was a placed on, as CRAMER'S Bunkie when there was literally 8-10 complete open bunks?  I was simply told, "Cramer was pushing way too much paperwork on staff and that - it was punishment to Cramer" this also included the anti semitic comments of Cramer being JEWISH & Myself a skinhead. It was my full understanding these two officers wanted Cramer & I, and thought Cramer & I would ultimately have problems.

While it should be noted I also had found out Cramer had submitted a complaint to his Rabbi and staff (Administration) of these concerns of Cramer obtaining myself (a known skinhead) as his bunkie. Furthermore, it was discovered from several other inmates who told CRAMER that I/O Patmore & Dobb's thought it was funny Cramer would have a skinhead Bunkie, before I had ever been assigned to the MSF yard. Once I arrived as his Bunkie it was clear that several fellow MSF inmates who knew of this possible issue as Cramer and I being bunkie and Officer's telling others of this were very concerned of the possible potential anti semitic problem and were making it clear that Cramer was safe.

I, Jared Leitaker want to make it very clear that Cramer & I had no problems. Infact got along very well and from what I gathered these Officers were very disappointed that their views on thinking Cramer & I would have a problem or fight essentially back-fired. However, on a few seperate attempts I tried as Cramer did to have me moved to an already opened bunk.

As it seems on about 12-20-19 after possible word of mouth I was told I was moving to another bunk area per the Sgt. It should be told, when myself, & Cramer had repeatedly approached Patmore & Dobb's they refused with disrespectful comments. It was later suggested by others and Staff that Cramer's prior Complaints with his Rabbi and to administration & calls  prior to my arrival which it should be noted Cramer's complaints and others who spoke to me not only knew I was arriving to the MSF facility but corrolarates Officer's failed plans of possible conflict. I was moved to the same open bunk I tried to obtain once I initially arrived. Patmore & Dobb's are indeed inciting problems amongst inmates.

1 of 2 pages

It should be recognized that at all times the bunk I am at was a open
bunk prior to my arrival. As they moved me to the very same open bunk
I asked it is evident the only reason I was placed with Cramer was to
incite problems hoping both of us (Cramer & I) would have problems.
What is known, it is my understanding I was moved cause Cramer's noted
complaints as others too have filed paperwork on this matter.

I, Jared Leutaker hereby declares this to be true and correct under
the penalty of perjury as to my belief signed on 12-26-19 on my own free
will,

Jared Leitaker  BI9029                    12-26-19

BI9029   12-26-19

COPY

2 of 2 pages

Matthew B. Cramer
CDC# BA2144
P.O. Box 290066
Represa, CA 95671

State of California
Offices of the Attorney General
Attn: Public Inquirey Unit
P.O. Box 944255
Sacramento, CA 94244-2550

1-4-20

RE: Citizen's Complaint (Enclosed).

Dear Agent in Charge.

I am unclear if Agent(s) George Ortic is still working at CDC/DOJ with
regards to his prior noted investigation involving the prosecution of
now convicted Officers' Officer Jose Ramone Garcia; Sgt. Mike Powers;
and Dave Lewis.  However it should be noted those issues that became
infamous and public in the State's prosecution by this Attorney General
and State & Federal Prosecutors office, bottomline is this is still on-
going.....

Please forward this Citizen's Complaint to the Agent in Charge governing
who handles these issues in complaints Vs. Rogue guards. It should be
recognized (enclosed) in this Citizens Complaint with attached ARTICLES
as Exhibits that I have over 130 Corraborative/Witness declarations that
Officers are setting up literally daily (Staged) fights, abuses not only
for fun but for some overtime....

Enclosed is 1 of many (to come) Citizen's complaints where I am asking
for your Office to intervene immediately due to CDCR's failure to do
anything.  (See Enclosure).

At this time due to obstruction and staff abuse (Just like Pelican Bay/
Corcoran etc) I was one of many whistle-blowers who testified in State
& Federal Vs. these Officers'.  Clearly I have tried and tried & tried
to no avail including with countless appeal/grievance REJECTIONS also
involving OIA and Staff within CDCR.

As outlined in history of abuse I am now in contact with several reporters
who now have obtained all documents of thes literal grave issues with
Stage fights, abuse, false report writing deliberate indifferences of
malicious intent and their failure to investigate includirg myself being
stabbed in a set up retaliation.  So I ask of this Office to act accordingl
to investigate these matter of urgent needs.

I look forward to your response.

Matthew B. Cramer

Declaration in support

I, Matthew B. Cramer CDCP# BA2144 states that on about 1/3/20 in talking to yet another newly arrival inmate who had divulged the following act of violence in a purposeful act of negligence that a inmate named CAVILLO was attacked by 6 other known/validated gang members in the C-8 unit.

This inmate stated the following:

While I was housed in the C8 unit the unit (Control) officer purposely unlocked Cavillo's door where approximately 6 inmates ran into Cavillo's cell causing serious injury. Cavillo was seriously hurt...

It should be recognized that inmate Cavillo was a victim to a set up prior staged fight on the MSF yard where he was priorly (seriously) injured in that attack where he was too inadvertently hit by a Correctional Officer resulting in him being rushed to a outside hospital where his spleen was surgically removed. Mr. Cavillo had expressed these issues in medical and/or his own citizen's complaint. (7219/602 etc.).

While it seems the assaults vary to daily events where I, Matthew Cramer too was stabbed in a incident on C* by either retaliation for complaints due to negligence by staff also documented. From my initial arrival hours after my assault to MSF (Minimum Facility) from 5-17-19 to 1-3-20 I, Matthew B. Cramer have documented each incident involving MSF Staff who partake in this pattern abuse in staged fights and assaults where on 1-3-20 I, Matthew B. Cramer (again) Contacted the MSF public phone by (again) contacting the OIG/OIA,PREA hotline number's which accepts collect calls to leave a message. I, Matthew B. Cramer BA2144 (again) dialed two numbers: #916-464-3805 & 916-555-0001 and the left the above information for immediate disclosure and on behalf of inmate CAVILLO for yet another, Staff Complaint and/or investigation.

It should be recognized that at every involved abuse fellow inmates who too have painstakenly called this hotline for immediate (Helo) I, myself from 5-17-19 to date 1-3-20 have called the above numbers including letters of complaints of each inmates who are too victimed with the MSF Staff involvement here at MSF: N. Patmore; M. Dobbs; L. Sterken; Sgt. E. Rodgers and others including CCI-Erica Jubb in a futile countless attempt for oversight in a investigation.... To no avail....

For judicial notice and yet another complaint this is a complaint that needs to be submitted accordingly.

I, Matthew B. Cramer hereby states that this declaration is true and correct as told and as to my belief under the penalty of perjury on January 3, 2020 at P.O. Box 290066 Represa, CA 95671.

Matthew B. Cramer    BA2144

Matthew B. Cramer   BA2144
P.O. Box 290066
Represa, CA 95671

**COPY**

Matthew B. Cramer
Cdc # BA2144
P.O. Box ~~55555~~ 409090
~~IONE~~, CA 9564D

} ON 1-10-20
I WAS TRANSFERRED TO
MULE CREEK

State of CA. Personnel Board
Attn: Chief investigations
801 Capitol Mall
Sacramento, CA 95814
1-4-
1-4-20 .

RE:   State Personnel Board  Audits and Investigations of CDCR Misconduct
      (Forward to Barbara L. Sheldon esq.).

Dear State Personnel Board.

My name is Matthew B. Cramer (1 of many) inmates who came forward and
exposed the abuse on inmates from Assaults to Murders by rogue Pelican
Bay/Folsom Guards in re: State of California Vs. Dave Lewis; Officer
Jose Ramone Garcia; Sgt. Mike Powers (if you are not familiar with this)
The biggest CDC infamous / State of California corruption inmate abuse
in State History beginning in 1995. (See: State & U.S. Prosecution Vs.
Garcia; Powers; Lewis CONVICTED) At that time also off-springed to the
infamous S.F. Attorney "Dog Mauler Trial of Robert Noel esq. & Marjorie
Knoller esq. in the CDCR Aryan Brotherhood trials and killing of Ms.
Dianne Whipple.... That off-springed in the U.S. Federal ARYAN BROTHERHOOD
Prosecution... That off-springed in inmate Witnesses Murders' of William
Stanton Boyd and to date other witnesses being harmed (Attached articles)
such as myself, others and as usual nothing being done.

The only thing that has changed is the year. As I send this letter to you
in the hope you'll respond but also I hope someone in your office may
remember me cause when I testified and gave depositions your Ms. Barbara
Sheldon along with D.A. (Del Norte County) Jim Fallman was there.

Forget about US inmates who stepped forward who've been victimized in
so many countless events in retaliation.... As a matter of point Guess
where I'm housed at? New Folsom State Prison Home of Garcia; Powers and
Lewis.... Did I mention on 5-15-19 I was stabbed by a "set up" by an inmate
named GARCIA.... (See: Cramer Vs. Warden Lynch 2:cv-19-02481 AC) where
I am trying to hold my own with Guards out of Control that mirror w/emphasis
of the Chino enclosed article. I have over-all 125 + Declarations of victims
after victim, after victims where their setting up literal daily fights.
Unlike what happened in Pelican Bay and Corcoran (Shootings) and like
the fact that it was "I" who smuggled out documents to Sacramento Bee's
Andy Furillo and declarations in the SPB Hearing of CIM's Mary Duncan in
that mess.... I have the declarations and victims (enclosed) for what's
going on (again) is statewide....

This letter to your office is to get this to Ms. Sheldon or whomever, but
sooner than naught I will get these issues heard (again) where I/we once

received the HEROIC act and countless commendations. For me in retaliation
I have lost my freedom, my wife andf others their lives.... As Ms. Sheldon,
D.A. Fallman, U.S. Prosecutor Melinda Haag, Countless Reporters and even
State DOJ/FBI/CIA/IG/AG/Governor and Director of CDC found out we were
the hero's.... And to date suffered horribly....

So I send to you this letter for you to please pass on to someone who
can get this heard for I have enclosed what little I can for it mirrors
the abuse of Rogue Guards who are playing blood sport and gladiator
fights....

And a investigation is warranted immediately cause like Pelican Bay and
Chino found out aside from my stupidity of re-entry i'll get it heard
via reporters......

Please contact the Attorneys' at SPB and get us some help with the very
Agents who handle such.

Please send me any information, RECEIPT you got this cause their obstructing
mail... trying to keep silenced.....

A copy was sent to U.S. Prosecutors.

I look forward to your response......


Respectfully,


Matthew Cramer. BA2144  (Formally E-71686; T-99264; G-18347)



Original U.S. Courts      2-19-02431 AC
Original SPB
        cc Sac Bee/AF/MS
        cc SNR/CG
        cc SFDJ/PM
        cc CIA/JD
        cc: DOJ/CS
        cc: DA/Jim Fallman esq.
        cc: FBI/BG
        cc: CDCR Scott Kernan



2/2 pages

Matthew B. Cramer
CDC NO: PA2144
P.O. Box ~~000015~~ 409090
IONE, CA 95640
_____

Sacramento County Grand Jury
Attn: Foreman Mike Howland
720 Ninth Street # 611
Sacramento, CA 95814

Del Norte County District Attorney
Attn: D.A.

Crescent City, CA 95531

Sacramento County District Attorney
Attn: Complaints/Intake unit
901 G. Street
Sacramento, CA 95814

1-19-20

RE: CITIZEN'S COMPLAINT OF INMATE ABUSE FOR INVESTIGATION AT CSP-SACRAMENTO (NEW
FOLSOM STATE PRISON) CRAMER VS. WARDEN JEFF LYNCH; E. JUBB; OFFICERS N. PATMORE;
M. DOBBS; CIA JULI DUSYZINSKI; ISU GARLAND; A. HUBBARD; D. HAMAD; L. STEPHEN;
SACRAMENTO SUPERIOR COURT CASE NO: 34-2019-00255230 / U.S. EASTERN DISTRICT COURT
2:19-CV-02481 AG (SACRAMENTO).

To whom this may concern:

This letter is to each above named party for immediate action and/or urgent request for
assistance in this matter. So as you (ibid) receive this letter with the enclosure I
ask for your response and for you to please act accordingly as follows:

My name is Matthew Cramer Formally prison numbers: H-71666; T-99264; G-18347 and now
PA-2144. I am sending this letter to the above with brief enclosure for immediate help
in this filing. Enclosed are brief declarations from others please believe I have over
150-170 Corroborative signatures from other inmates and/or declarations of the abuses
WE here at CSP-Sac are suffering with.

This too includes countless obstructed attempts by all participating staff including the
enclosed Legal Mail Logs of attempts for outside agencies for an investigation. Over 50
plus REJECTS of internal attempts of grievances and Citizen's complaints. All documented
to no avail.

This letter of complaint to you and ALL signed as original in ink (xeroxed as original)
where I will be sending this complaint to not only the D.A. who prosecuted Officers' in
Pelican Bay where I was one of the whistle-blowers who testified in a then infamous,
biggest CDC scandal in State's history that caused witnesses being Murdered, Several of
the guards Stat and Federally prosecuted. These guards were convicted to State & Federal
Prison: Sgt. Mike Powers; Jose Ramone Garcia & Dave Lewis.]

1 of _____ pages

I am sending this letter to the Del Norte D.A. who was the only party who had not only believed the abuse at Pelican Bay but he too believed the Cover-up and the huge abuse in the prosecution that also involved the Murder of inmates who testified with NO assistance for the inmates who became victims in retaliation.... (See: Articles of abuse by Sacramento Bee's Andy Furillo/Court T.V./L.A. Times/USA Today/Google etc.)

While I was at Pelican Bay by mistake (Enclosed 1 of 20 plus Articles) It was I who began to get items of disclosure to Andy Furillo with Sacramento Bee who it was also Andy who exposed this and it started the biggest CDC scandal in State's history. It was Andy Furillo (Sacramento Bee) Del Norte District Attorney James Fallma; and U.S. Prosecutor Melinda Haag along with S.F. Daily Journal's Pamela Maclean; The F.B.I. and others who became the HERO'S and saved lives.... Especially James Fallman esq.

While I have suffered with Countless retaliatory abuses that has caused me my freedom, my marriage, a girlfriend who was murdered, countless fellow inmates (some murdered) aside from my own stupidity @ times as I have been to State Prison over-all 35 times most for unanswered retaliatory violations where the one thing I am NOT is a Peter Wolf complaintant. This too includes with my State and Federal testimony Vs. Correctional staff. And mind you, I/WE received the HEROIC Act from the Governor.

While I send to you this letter of complaint I have (and one other in particular) where I have NOW had no choice but to FILE State & Federal suit for exposure & this also includes the brief enclosure of Affidavits of many other victims including myself being stabbed here at CSP-Sac. It's very fair to say due to the games of Blood sport and literal STAGED Fights (Daily) I/WE have daily documented ALL incidents where just like Pelican Bay & The Corcoran Shootings nothing in that exposure has changed but the years the same stuff here is on-going and at the very least guards who seek over-time and sick sport.... For me, I'm not having it as I was stabbed.....

Every day, this goes on I have called and wrote to the Inspector General's Office, Countless complaints unanswered (just like Pelican Bay; Just like Chino, CCI-Tehachapi) where i've been threatened to Stop trying for outside help... (enclosure) where like Andy Furillo, or Mason Stockstill (Daily Bulletin, Pamela Maclean or Peter Bloomberg) and the Sacramento Bee who opened up this mass I should NOT have to get the media involved.... However, it's far worse and continues far bigger than Pelican Bay and that of Corcoran.... Literally there is no watch dog, no over-sight just abuse and retaliation where like Pelican Bay, like Chino, like Tehachapi, like Corcoran Staff within don't care and like those above I have; like Andy Furillo exposed I/We have over 150 plus VALID incidents and Affidavits.... (No worries already mailed to outside sources for safety/I learned priorly). So I seek de-ja-vu help from this office....

Someone needs to step up, and as I send this letter for help to Mr. Fallman; or Del Norte D.A. who learned exposed horrific abuses, where no one believed or knew what to do as I send to the Sacramento County D.A., Grand Jury, Cause like what Del Norte County went threw maybe the Sacramento Authorities;Grand Jury, FBI and DOJ will help..... Not too mention sooner than naught eventually like one Andy Furillo (The Bee) once did I'll get this this heard.... Right now no one is listening and all being obstructed in a mirrored cover up...

page 2 of 3.

So this letter for complaint is for help in a investigation. The only way things get done are when things get caught on film or things get too deep someone get exposed, I am trying to get help..... Before yet another inmate gets killed.... And with the enclosure and affidavits and documents though brief including being set up to be silenced or set up for anti-semitic abuse cause abusive officers who just don't get it...

Well, I am asking for the Del Norte D.A. to please help the witnessed victims where my stupidity is my return to custody but that Mr. Fallman knows (de-ja-vu) like outlined in the mirrored articles with enclosed and futile timeless tries for help in unanswered complaints where WE'VE had NO choice to file suit for help.... (Note incident reports) My hope is that the Del Norte D.A. or Mr. Fallman will indeed contact whomever or Barbara Sheldon; Melinda Haag or someone cause it's bad here

So with that, I implore for your help and response in this matter.....

Enclosed are some   articles.....

Please send a receipt............ You received.....

Matthew Cramer
CDC # BA2144
P.A.V.S.P.
Represa CA 95671

ON  1-10-20
I WAS TRANSFERED TO
MULE CREEK STATE PRISON

Original Signed in ink.    :   Jim Fallman
                           :   Sacramento D.A.
                           :   Daily Journal
                           :   Sac Bee
                           :   CIA
                           :   Sac News & Review
                           :   CA. Prison Focus
                           :   Melinda Haag/U.S. Prosecutor
                           :   AG/DOJ

MATTHEW CRAMER
CDC # BA2144
P.O. BOX 409090
IONE, CA 95640

3 of 3 pages

Note * Enclosure    People will get involved......



## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HAYES, BD1794                    Date: December 30, 2019
Current Housing: M  002I1000010L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: SAC-M-19-05440

ASSIGNED STAFF REVIEWER: AW B FAC
APPEAL ISSUE: STAFF MISCONDUCT
DUE DATE: 02/10/2020

Inmate HAYES, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 30 days from the receipt of the response to forward your appeal for THIRD level review.  Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001  .

☐  K. Daly, CCII
☐  D. Matthews, SC Lieutenant
☐  S. Boxall, CCII
☐  J. Hess, Office Technician
☐  L. O"Brian, CCII(A)
☒  A. Winston, AGPA(A)
Appeals Coordinator
SAC



## UP TO 8 INMATE WITNESSES TO GO INTO U.S. CUSTODY

**Reporter:** Andy Furillo Bee Staff Writer

**Publication:** THE SACRAMENTO BEE

**Edition:** METRO FINAL

**Section:** MAIN NEWS

**Page:** A1

**Corrections:**

**Print Run Date:** 7/17/1998

**Digital Run Date:**

**Body Text:** Concerned about staff retaliation, the Department of Corrections has agreed to transfer into federal custody as many as eight inmates who testified against an officer at Pelican Bay State Prison.

Already, the prison system's Sacramento-based internal affairs unit is investigating one inmate's charge that he was beaten up in his cell by two officers at Mule Creek State Prison in Ione. The inmate said the beating resulted from his testimony against former officer Jose Garcia, who was prosecuted and convicted of enticing Pelican Bay prisoners into assaulting child molesters.

The inmates in line for the transfers also are scheduled to testify in front of a federal grand jury in San Francisco. The panel is conducting an expanded probe to determine if other officers were involved in the assaults.

Corrections Director C.A. "Cal" Terhune said the eight inmates have been moved from throughout the state into the department's Protective Housing Unit at Corcoran State Prison "to await movement into the federal system."

"The last I heard, and this was last week, I said I want them moved out immediately," Terhune said.

Agency spokeswoman Kati Corsaut said Thursday that of the eight inmates now confined in protective custody, "some have chosen to go into the federal system, some have not and some are still considering it."

"We are making every effort to put them in a situation where they and we feel they will be safe and secure," Corsaut said. "Their requests will be dealt with at the highest level of the department. That's how seriously we take it."

Twenty-five inmates testified against Garcia in the Del Norte County Superior Court trial. Convicted in January, Garcia was sentenced in April and is now serving a four-year, eight-month sentence in state prison.

The FBI, which has been investigating the molester beatings since late 1996, apparently stepped up its probe after Garcia's conviction. Sources said the case has since gone to a federal grand jury. Terhune said the inmates now in protective custody are expected to testify.

Two weeks after Garcia's conviction, the Del Norte County deputy district attorney who prosecuted him, James Fallman, filed a court brief complaining that the cooperating inmate witnesses "have been mistreated during and after that trial throughout the state." Fallman blamed the problem on "higher administration" indifference.

Fallman said in his brief that a federal judge's decision in 1995 that established a court monitoring system at Pelican Bay to guard against officer brutality and medical mistreatment of inmates may not have gone far enough.

"Perhaps a federal RICO (Racketeering Influenced Corrupt Organization) action against official corruption is needed to protect inmates physically," Fallman wrote.

Less than a month after Fallman filed his brief, one of the inmate witnesses, William Boyd, 36, was stabbed to death by inmates at Pelican Bay. The case is still under investigation.

One of the inmate witnesses looking for a transfer into the federal system is Thomas G. Branscum, 36, a convicted second-degree murderer from Woodland who had been befriended by Garcia at Pelican Bay.

According to Department of Corrections documents, Garcia furnished Branscum with drugs and alcohol as well as cologne, deodorant and a pair of silk boxer shorts to get other prisoners to carry out the attacks on the child molesters, perhaps the most despised group within the prison subculture.

After the trial, Branscum was transferred to Mule Creek State Prison, where he claims he was attacked in his cell on March 15 by two prison officers.



The alleged beating is being investigated by the prison system's recently created internal affairs unit, which operates out of the office next door to Terhune's in Sacramento, according to Mule Creek spokesman Lt. Alen Koznek.

Branscum's brother-in-law, Sacramento real estate agent Don Richier, said the inmate told him that at Mule Creek, one officer popped open the inmate's cell door and that another joined in on the attack. Neither officer said anything during the incident, Richier said, but it is the inmate's belief that it "has to do with his cooperation."

"Several inmates have been assaulted as a direct result of our testimony in Del Norte County," Branscum wrote in a July 7 letter to The Bee, including his own case in the series.

Robert Noel, a San Francisco lawyer who defended Garcia in the Del Norte County case, identified Branscum as the "star witness" in the trial.

Noel also said Branscum is a "liar."

"He is totally lacking in credibility," Noel said. The attorney added that nobody "from our side of the case" had any reason to attack Branscum or conspire with anybody else to arrange the beating.

Fallman, the Del Norte County prosecutor, declined to comment.

Another inmate witness in the Garcia case, **Matt Cramer**, a convicted burglar who is now out of prison, said he had been subjected to several incidents of retaliation after cooperating with the prosecution.

"They lost all my legal work, my TV was damaged, they handcuffed me so tight that I bled," **Cramer** said of his treatment at other prisons after giving his Pelican Bay testimony. "I've had officers tell me I'm a rat."

COPY



# Former inmate: Chino prison officer plotted attacks

By Mason Stockstill Staff Writer.

Created: 04/17/2006 08:10:59 PM PDT

CHINO - An officer at the California Institution for Men solicited attacks against an inmate there for raising too many complaints about the facility's living conditions, the former prisoner said.

Matthew Cramer, 38, who was released on parole in March, said his complaints have spurred an Internal Affairs investigation.

Officials at the prison deny an investigation is under way and said Cramer's charges are bogus. But he's pushing the case forward.

"She went to many inmates and said, `Cramer snitched, Cramer did this, Cramer did that,' " said the former prisoner, who now lives in Visalia. "She tried to entice them to assault me."

The officer's last name is Duncan, said Cramer, who said he does not know her first name. Many officers typically do not use their first names inside prison environments.

Cramer's story appears to be backed up by written statements from several prisoners who said Duncan called him a "snitch" and a "rat" in front of others -- descriptions that can have serious consequences for an inmate.

"She did this to make trouble for him and to get him beat up," wrote inmate Brian Watson in a statement.

Lt. Tim Shirlock, a prison spokesman, declined to make the officer available for comment. But he said Cramer's allegations are unfounded.

"I can tell you this much: When Mr. Cramer has been here, he's made several allegations on different issues, none of which turned out to be true," Shirlock said.

Cramer has been in and out of prison since 1992, when he was convicted of grand theft and embezzlement. Since that time, he has returned nine times for parole violations and once for violating a restraining order his ex-wife had against him.

In 1997, he was one of 25 inmates who testified in a federal trial against former officers at Pelican Bay State Prison.

Officer Jose Garcia and Sgt. Michael Powers were convicted of conspiring to arrange assaults on inmates at the institution in Del Norte County between 1992 and 1996. Additionally, Officer David Lewis was sentenced to federal prison for shooting an inmate he believed to be a child molester, but his conviction was later overturned.

Cramer most recently returned to state custody last year when he missed a meeting with his parole agent in July.

Advertisement



# Daily Bulletin    (800) 922-0922

## Subscribe today!
### www.dailybulletin.com/subscribe



Print Powered By FormatDynamics

COPY

dailybulletin.com

The violation landed him at North Kern State Prison in Delano, but after an altercation in September, he was sent to CIM. Within days, according to his medical records, prison officials sent Cramer to the emergency room at Riverside County Regional Medical Center in Moreno Valley.

After he returned, Cramer was placed in the Cypress Hall day room at CIM -- a unit that had been converted into living quarters and was mostly occupied by inmates who were HIV-positive or had AIDS.

Once there, he launched a one-man crusade to have the living conditions improved in the unit. Inmates lacked access to showers with hot water, Cramer said, and cockroaches scurried freely throughout the facility.

He filed dozens of inmate appeal forms and began refusing meals. At the time, officials said no one at CIM was on an officially recognized hunger strike. But according to his medical records, the 5-foot-6-inch Cramer's weight dipped from 127 pounds on Nov. 24 to 113 pounds on Dec. 5.

Eventually, he started eating again in anticipation of his impending release. That's when the troubles with Officer Duncan began, Cramer said.

"Every time I talked to her about the showers, stuff like that, she didn't care," Cramer said. "When Duncan worked, she would say (to other inmates), 'I can't give you extra meals because

Cramer snitched to the sergeant, so if you want to handle it, handle it.' "

Such comments were said loud enough for everyone in the cafeteria to hear, said six other inmates whose written statements were supplied to the Daily Bulletin by Cramer.

On one occasion, Duncan called Cramer a rat and another inmate a child molester, "therefore putting both of these inmates' lives in danger," wrote Leonard Slaughter, a prisoner at CIM, in March.

Shirlock, the prison spokesman, dismissed the charges, as well as Cramer's claim that the Office of Internal Affairs was looking into any misconduct at CIM.

"I'm not aware of any active investigation at this point," he said.

Martin Aroian, the president of the local chapter of the California Correctional Peace Officers Association, said he also didn't place much faith in Cramer's charges and hadn't heard anything about his latest complaints.

"Any complaint made by an inmate alleging unnecessary or excessive use of force would be investigated. The department is actually very good about opening those investigations," Aroian said. "They're not necessarily very good about prosecuting those investigations in a fair fashion. They persecute better than they prosecute."

Special Agent Richard Cortez of the Office of

Advertisement



# Daily Bulletin    (800) 922-0922

## Subscribe today!
*www.dailybulletin.com/subscribe*

COPY



Internal Affairs has communicated with Cramer about the allegations, but Cortez said he was barred by department policy from speaking to the media and could not confirm whether an investigation was ongoing.

Cramer admits to being a thorn in the side of prison officials. Upon receiving a notice in March warning him that he was abusing the inmate appeal process, he promptly filed another appeal. He has sent e-mails to officers at CIM, taunting them with threats of a federal lawsuit.

He also appears aware of the gravity of the charges he is making. But he said that after testifying against officers in a sensational federal trial, possible repercussions no longer bother him.

"I have been beat, stabbed, set up . . . I have lost it all and have the injuries to prove it, too," Cramer said. "They can't do nothing they have not tried."

In fact, he appears to enjoy the thought of challenging a system that has so far taken so much from him.

"The officers took me aside and said, `Cramer, as soon as you get out, this is going to go away. You don't have the guts,' " he said. "And I said, `You're wrong. I'm not going away.' " Mason Stockstill can be reached by phone at (909) 483-9354.

Advertisement



# Daily Bulletin    (800) 922-0922

## Subscribe today!
www.dailybulletin.com/subscribe

Print Powered By [fd] FormatDynamics

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date:    6/11/2019                                                      CONFIDENTIAL

To:    Warden's Office
       Folsom State Prison

Subject:    **CORRESPONDENCE REFERRAL - OIA-0979-2019**

The Office of Internal Affairs (OIA) - Northern Region has received the complaint(s) authored by inmate(s) / parolee(s) listed below who are under your jurisdiction or

Cramer BA2144 ;

Based upon a review of the correspondence, it has been determined that the issue(s) can be addressed at the institutional level. The complaint(s) and attachment(s) are being returned for your review and processing. Subsequent to your staff's review, should you uncover staff misconduct requiring OIA involvement, please forward a Confidential Request for Internal Affairs Investigation / Notification of Direct Adverse Action (CDCR Form 989) to the OIA - Central Intake Unit (CIU) for consideration. If you have any questions or need further assistance, please do not hesitate to contact me.

Juli Duszynski, AGPA
Office of Internal Affairs
Northern Region
P.O. Box 3009
Sacramento, CA 95812
(916)255-1301

Pelican Bay State Prison
JUL 1 2 2019
Appeals Office

Attachment(s)

DECLARATION IN SUPPORT

I, Matthew B. Cramer hereby declares that on a 1-4-20 that I submitted
a 602 appeals process and Citizens Complaint to the appeals Coordinator
for Legal Law Library access; Copies; Indigent envelopes for mail out
due to A. Hubbard; and Principal D. Hamad's blatant disregard and/or
obstruction of due process.

Attached with this DECLARATION IN SUPPORT is a 602 Copy; OIA/Rights &
Responsiblities statement; A Sacramento Superior CourtSummons/Complaint
(for damages) (CT²) with exhibits and documentation of Hubbard's and
Principal D. Hamad's refusal to address.

Due to A. Hubbard's participation in obstruction of Court mandated PLU
pro per filings, copies that too involves A. Hubbard giving legal advise
and obstructing timely delays where plaintiff's are sanctioned for
failure to respond (Demurrer's; Amending complaint; Delays etc.). In
this incident Hubbard, Hamad are being biased and with inconcert acts
with malicious intent due to pending suits Vs. he co-workers A. Hubbard;
Principal (Her supervisor) D. Hamad along with Superior Liability of
Warden Jeff Lynch and E. Jubb's failure to address issues presented to
her and refusal to act per my request ALL above/enclosed are too now
named parties.

It should be noted that this Declaration of support is filed and sub-
mitted to the U.S. District Court with the attached submitted claims
of complaint and citizens complaint were submitted by my hand under the
penalty of perjury to the Courts and investigators for Judicial notice
naming in a Citizen Complaint (OIA) involving D. Hamad; A. Hubbard; Jeff
Lynch & E. Jubb.

Respectfully submitted

Matthew B. Cramer                    1-4-20

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

MATTHEW B. CRAMER et al.

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

A. HUBBARD; D. HAMAD; JEFF LYNCH; & CCI-ERIKA JUBB, et al.

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Matthew R. Wilson, Deputy Attorney General
Office of the Attorney General
1300 I Street, Sacramento, CA  95814

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
  Plaintiff
- ☐ 2   U.S. Government
  Defendant
- ☒ 3   Federal Question
  *(U.S. Government Not a Party)*
- ☐ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☐ 362 Personal Injury -<br>  Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>  New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>  3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>  (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>  Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>  Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR**<br>☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609 | |
| | | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original
  Proceeding
- ☒ 2   Removed from
  State Court
- ☐ 3   Remanded from
  Appellate Court
- ☐ 4   Reinstated or
  Reopened
- ☐ 5   Transferred from
  Another District
  *(specify)*
- ☐ 6   Multidistrict
  Litigation -
  Transfer
- ☐ 8   Multidistrict
  Litigation -
  Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Eighth and Fourteenth Amendments to the United States Constitution
Brief description of cause:
Plaintiff alleges violation of constitutional rights related to access to courts.

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$100,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
03/26/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Matthew Ross Wilson

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# CERTIFICATE OF SERVICE

Case Name:    **Matthew B. Cramer (BA-2144)**        No.
                      **v. A. Hubbard, et al.**

I hereby certify that on <u>March 26, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF REMOVAL AND REQUEST FOR SCREENING**

- **CIVIL COVER SHEET**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>March 26, 2020</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:


Matthew B. Cramer, BA-2144
Mule Creek State Prison
P.O. Box 409099
Ione, CA  95640
In Pro Per


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 26, 2020</u>, at Sacramento, California.

|                M Garcia                |              */s/ M. Garcia*              |
| :---: | :---: |
| Declarant | Signature |

SA2020101184
33943982.docx