Matthew B. Cramer
CDC # BA2144
P.O. Box 409000
Ione, CA 95640

FILED
JUL 30 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

| | |
|---|---|
| Matthew B. Cramer,<br>Plaintiff,<br><br>Vs.<br><br>A. Hubbard et al.,<br>Defendant, | Case No: 2-20-cv-0649 KJN<br><br>RESPONSE TO ORDER & FINDINGS AND RECOMMENDATIONS.<br><br>VOLUNTARY DISMISSAL W/O PREJUDICE. |

PLAINTIFF HEREBY REQUEST THAT THE COURT FULLY RECOGNIZE THAT THIS

1

Court in their findings & recommendations, Plaintiff would simply point out with no objection but that Defendants had sent this case to federal jurisdiction against Plaintiffs Superior Court Filing.

Plaintiff would make sure the Court dismisses this case w/o prejudice and recognize this dismissal is not a strike as frivolous or without merit

Wherefore Plaintiff has no objection & due to Covid 19 related issues is unable to adequately address accordingly.

Wherefore, Plaintiff does not object but notes this was a personal injury matter

2

WHERE JURISDICTION LIES IN SUPERIOR COURT AND SHOULD HAD NEVER BEEN SENT TO FEDERAL DISTRICT.

PLAINTIFF REQUEST DISMISSAL W/O PREJUDICE

I DECLARE THIS TO BE TRUE & CORRECT UNDER THE PENALTY OF PERJURY.

*[signature]*
7/27/20

CC: DOJ. ATTY.
1300 I. St. #125
SAC. CA 95812

3/3