UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HUBBARD, et al.,<br><br>    Defendants. | No.  2: 20-cv-0649 KJM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 26, 2020, defendants removed this action from state court.  (ECF No. 1.)

On July 14, 2020, the undersigned recommended that this action be dismissed based on plaintiff's failure to file an amended complaint.  (ECF No. 7.)  On July 30, 2020, plaintiff filed a response to the findings and recommendations.  (ECF No. 8.)  In this response, plaintiff requests that this action be voluntarily dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The July 14, 2020 findings and recommendations (ECF No. 7) are vacated;

////

////

////

2. Defendants shall notify this court, within seven days of the date of this order, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  August 3, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cram649.59a

2